# Exhibit A

# Exhibit A

## Borrower Agreement

*Last updated November, 2021.*

**Please read this Borrower Agreement carefully and print or save a copy for future reference.**

This Borrower Agreement is between you ("you" and "your" mean you and each and every other borrower, including any joint applicant/co-borrower, who is obtaining a loan from us) and LendingClub Bank, National Association ("we," "us," "our," and "LendingClub"). If you request a loan from us, and if that request results in a loan that is approved and funded, then your loan will be governed by the terms of this Borrower Agreement and the Loan Agreement and Promissory Note, which is attached to this Borrower Agreement as Exhibit A (the "Loan Agreement"), as may be revised from time to time. The version of the Loan Agreement in effect when you make a loan request will apply to any loan made in response to that request, and any separate loan would be governed by the version of the Loan Agreement then in effect. By consenting to this Borrower Agreement, you are also agreeing to the Loan Agreement and authorizing us to complete the Loan Agreement as necessary to facilitate your loan request. This Borrower Agreement will terminate if your loan request is cancelled, withdrawn, or declined.

**BY ELECTRONICALLY SIGNING THIS BORROWER AGREEMENT, YOU HAVE SIGNIFIED YOUR AGREEMENT TO THESE TERMS.**

**1. Loan Terms.** Your loan will have a principal balance in the amount set forth in the final Truth In Lending disclosure ("TIL Disclosure") and Loan Agreement corresponding to your loan. You agree and acknowledge that any preliminary loan disclosures made to you prior to the disbursement of loan proceeds may be revised based on the actual, initial principal balance of the loan. All loans are unsecured, fully-amortizing, closed-end loans for the term stated in your TIL Disclosure and Loan Agreement. Your obligations, including your obligation to repay principal and interest, are set forth in the TIL Disclosure and the Loan Agreement. Other fees and terms of the loan will also be set forth in the Loan Agreement. All payments are to be applied to your obligations as we determine in our sole discretion, except to the extent applicable law requires that we apply payments in a specific manner.

**2. Limited Power of Attorney Grant.** As a condition to receiving a loan from us, you hereby grant to us a limited power of attorney ("Power of Attorney") and appoint us as your true and lawful attorney-in-fact and agent, with full power of substitution and re-substitution, for you and in your name, place and stead, in any and all capacities, to:

- Complete and execute the Loan Agreement(s) in the form attached as Exhibit A that reflect the accepted terms set forth in each of your final TIL Disclosure(s) as such may be posted in response to your loan request(s) in the online account you have established, or will establish, with us ("Online Account");
- Agree to any changes necessary to correct any errors or omissions in any Loan Agreement(s) before or after execution; provided that notice is given to you; and
- Otherwise act with full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection with the exercise of such other powers above as fully to all intents and purposes as you might or could do in person.

This Power of Attorney is limited solely to the purpose described above and will expire automatically upon the termination of this Borrower Agreement. You may revoke this Power of Attorney by contacting us at support@lendingclub.com or calling 888-596-3157 and cancelling your loan request; provided, however, if a loan request has been approved you must provide such notice before the loan proceeds are transferred to a Designated Account and before the Loan Agreement is executed on your behalf. The performance of any of the foregoing acts by us on your behalf will occur in the State of Utah. Once the Loan Agreement is signed by us or our designee acting as your attorney-in-fact, it is deemed executed on your behalf and shall be your valid and binding obligation thereafter.

**3. Loan Consummation.** YOU AGREE AND ACKNOWLEDGE THAT YOU ARE NOT OBLIGATED UNDER THE TERMS OF THE LOAN AGREEMENT, AND THE LOAN TRANSACTION BETWEEN YOU AND US IS NOT COMPLETED (I.E., CONSUMMATED), UNTIL YOUR LOAN HAS BEEN FUNDED. YOU ACKNOWLEDGE THAT WE ARE MATERIALLY RELYING UPON THIS UNDERSTANDING IN UNDERTAKING THE POTENTIAL ISSUANCE OF YOUR LOAN.

**4. Information for Members of the Armed Forces and their Dependents.** Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account). If you are a member of the Armed Forces, or a dependent of a member of the Armed Forces, you may call (844) 538-6754 to hear the preceding statement and certain payment-related information.

**5. Use of Loan Proceeds.** You agree that you will not use any loan proceeds: (i) to fund any post-secondary educational expenses, including, but not limited to, tuition, fees, books, supplies, miscellaneous educational expenses, or room and board; (ii) to fund any illegal activity or any other activity or use not otherwise allowed under this Borrower Agreement or the terms applicable to any products or services that we offer (each, a "Service"), including but not limited to all LendingClub websites and the subdomains thereof (collectively, the "Site") and the group of financial service technologies that LendingClub or any of its affiliates have developed to enable the services we facilitate or provide (collectively, the "LC Platform"); (iii) for the purpose of purchasing or carrying any securities; or (iv) for the purpose of investing, trading, or speculating in any currencies, including without limitation cryptocurrencies or digital currencies or any futures or derivatives thereof. You further acknowledge and agree that we may rely without independent verification on the accuracy, authenticity, and completeness of all information you provide to us and all representations you make to us.

**6. Joint and Several Liability.** The liability of any joint applicant/co-borrower under this Borrower Agreement and under the Loan Agreement is in addition to and not in lieu of the obligations of the primary borrower. The joint applicant/co-borrower agrees to abide by the terms and conditions of this Borrower Agreement, the Loan Agreement, and any other agreements and documents provided or executed as part of the loan application process, as if an original signatory.

We (and our designees, successors, and assigns) have sole discretion to proceed, at any time, against any party responsible under this Borrower Agreement. Further, we (and our designees, successors, and assigns) can accept instructions from either you or the joint applicant/co-borrower, and can provide any notice or disclosure to either you or the joint applicant/co-borrower, which shall be binding on and deemed simultaneously received by each.

**7. Consent for Communications.** You expressly consent and agree to receive communications (including but not limited to prerecorded or artificial voice message calls, text messages, and calls made by an automatic telephone dialing system) from us, our affiliates, successors and assigns, and designated third-party service providers acting on our behalf, regarding any loan or account application that you submit or attempt to submit to us, any loan that you obtain from or through us, and any account that you establish with us, at any telephone number that you provide to us or that we can reasonably associate with you (through skip trace, caller ID capture or other means), now and in the future, including cellular telephone numbers. You agree to notify us if any telephone number associated with any such application, loan, or account, changes or is reassigned to a new subscriber. You certify that you are authorized to provide this consent because you are either the subscriber of the telephone number you provide or a non-subscriber customary user with authority to provide this consent. Standard communication rates, fees, and charges from your telephone service provider may apply. You agree that we may monitor and record any communications between you and us for quality assurance and other permitted business purposes. You understand and agree that we may always communicate with you in any manner allowed by law that does not require your consent.

**8. Assignment; Servicing; Registration.** We may sell, assign, or transfer this Borrower Agreement and the Loan Agreement, or any of our rights under this Borrower Agreement or the Loan Agreement, in whole or in part at any time. You understand, acknowledge and agree that a third-party assignee may further sell, assign or transfer your Loan Agreement and all associated documents and information related to the Loan Agreement, in whole or in part at any time, without your consent or notice to you (subject to applicable law and the registration requirement below). You further understand and agree that we and any assignee of the Loan Agreement may share account information with any servicer or sub-servicer. You may not assign, transfer, sublicense or otherwise delegate your rights or obligations under this Borrower Agreement or any Loan Agreement to another person without our prior written consent. Any such assignment, transfer, sublicense or delegation in violation of this section 8 shall be null and void. Subject to applicable law, we may delegate servicing of any loan you obtain to another entity in our sole discretion without notice, and any subsequent holder of the Loan Agreement may act as servicer of any loan that you obtain, and may delegate servicing to another entity in its sole discretion without notice.

You hereby appoint us as your agent (in such capacity, the "Note Registrar") for the purpose of maintaining a book-entry system (the "Register") for recording the names and addresses of any owner of beneficial interests in this Note (the "Note Owners") and the principal amounts and interest on this Note owing to each pursuant to the terms hereof from time to time. The person or persons identified as the Note Owners in the Register shall be treated as the owner(s) of this Note for purposes of receiving payment of principal and interest on such Note and for all other purposes. With respect to any transfer by a Note Owner of its beneficial interest in this Note, the right to payment of principal and interest on this Note shall not be effective until the transfer is recorded in the Register.

**9. Entire Agreement.** This Borrower Agreement, together with any corresponding Loan Agreement, the Application Terms and Conditions, any other document provided or executed as part of the loan application process, represent the entire agreement between you and us regarding the subject matter hereof and supersede all prior or contemporaneous communications, promises and proposals, whether oral, written or electronic, between you and us with respect to your loan request and loan.

**10. Electronic Transactions.** THIS BORROWER AGREEMENT IS FULLY SUBJECT TO YOUR CONSENT TO ELECTRONIC TRANSACTIONS AND DISCLOSURES.

**11. Notices.** Unless we state otherwise in this Borrower Agreement, all notices to be provided to us under this Borrower Agreement must be sent to us at LendingClub Bank, N.A., 595 Market Street, Suite 200, San Francisco, California 94105, Attention: Legal Department. All notices and other communications from us to you hereunder may be given by email to your registered email address or posted in your Online Account, and shall be deemed to have been duly given and effective upon transmission. You acknowledge that you have control of such email account and your Online Account, and that communications from us may contain sensitive, confidential, and collections-related communications. If your registered email address changes, you must notify us of the change by sending an email to support@lendingclub.com or calling 888-596-3157. You also agree to update your registered residence address and telephone number if they change, which you may do in your Online Account. You acknowledge and agree that, if your loan is assigned, you must notify your loan servicer of any changes to your contact information.

**12. NO WARRANTIES.** EXCEPT AS EXPRESSLY SET FORTH IN THIS BORROWER AGREEMENT, WE MAKE NO REPRESENTATIONS OR WARRANTIES TO YOU, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**13. LIMITATION ON LIABILITY.** IN NO EVENT SHALL WE BE LIABLE TO YOU FOR ANY LOST PROFITS OR SPECIAL, EXEMPLARY, CONSEQUENTIAL OR PUNITIVE DAMAGES, EVEN IF INFORMED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHERMORE, WE MAKE NO REPRESENTATION OR WARRANTY TO YOU REGARDING THE EFFECT THAT THIS BORROWER AGREEMENT MAY HAVE UPON YOUR FOREIGN, FEDERAL, STATE OR LOCAL TAX LIABILITY.

**14. Controlling Law.** We are located in the State of Utah, this Borrower Agreement is entered into in the State of Utah and is a contract made under the law of the State of Utah, and funds for loans are disbursed from the State of Utah. The provisions of this Borrower Agreement will be governed by Federal laws and the laws of the State of Utah to the extent not preempted, without regard to any principle of conflicts of laws that would require or permit the application of the laws of any other jurisdiction.

**15. Miscellaneous.** The parties acknowledge that there are no third-party beneficiaries to this Borrower Agreement. Any waiver of a breach of any provision of this Borrower Agreement will not be a waiver of any other subsequent breach. Failure or delay by either party to enforce any term or condition of this Borrower Agreement will not constitute a waiver of such term or condition. Without limiting the foregoing, we may extend the time to make a payment without extending the time to make other payments, accept late or partial payments without waiving our right to have future payments made when they are due, or waive any fee without losing the right to impose that fee when due in the future. If at any time after the date of this Borrower Agreement, any of the provisions of this Borrower Agreement shall be held by any court of competent jurisdiction to be illegal, void or unenforceable, such provision shall be of no force and effect, but the illegality and unenforceability of such provision shall have no effect upon and shall not impair the enforceability of any other provisions of this Borrower Agreement. The headings in this Borrower Agreement are for reference purposes only and shall not affect the interpretation of this Borrower Agreement in any way. You acknowledge and agree that this Borrower Agreement, including Section 16 below, shall apply to any assignee or subsequent holder of the loan.

**16. Arbitration Agreement.** RESOLUTION OF DISPUTES: PLEASE READ THIS PROVISION CAREFULLY. IT AFFECTS YOUR RIGHTS AND WILL IMPACT HOW LEGAL CLAIMS YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED, IF YOU DO NOT OPT OUT OF THIS ARBITRATION AGREEMENT AS PROVIDED IN SECTION 16(b) BELOW. IF YOU ARE A "COVERED BORROWER" AS DEFINED BY THE MILITARY LENDING ACT (32 C.F.R. §232, AS AMENDED FROM TIME TO TIME), THIS SECTION 16 (ARBITRATION AGREEMENT) IS NOT APPLICABLE TO YOU AND YOU DO NOT NEED TO TAKE FURTHER ACTION TO OPT OUT. FOR PURPOSES OF THIS SECTION 16 (ARBITRATION AGREEMENT), THE TERMS "WE," "US," AND "OUR" INCLUDE LENDINGCLUB BANK, NATIONAL ASSOCIATION, LENDINGCLUB CORPORATION, AND/OR THEIR RESPECTIVE AFFILIATES, RELATED PERSONS OR ENTITIES, AND ANY PREDECESSORS AND SUCCESSORS IN INTEREST; ANY SUBSEQUENT HOLDER OF ANY LOAN YOU OBTAIN; AND ANY ASSIGNEE OF ANY CORRESPONDING LOAN AGREEMENT.

YOU AND WE ACKNOWLEDGE THAT WE AND YOU HAVE A RIGHT TO LITIGATE CLAIMS IN COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT RIGHT IF EITHER WE OR YOU ELECTS TO HAVE A DISPUTE DECIDED THROUGH ARBITRATION PURSUANT TO THIS ARBITRATION AGREEMENT. YOU AND WE NEVERTHELESS HEREBY KNOWINGLY AND VOLUNTARILY WAIVE OUR RIGHTS TO LITIGATE CLAIMS IN A COURT BEFORE A JUDGE OR JURY UPON ELECTION OF ARBITRATION BY EITHER YOU OR US.

a. **You and We Agree to Arbitrate Disputes Between Us.** Either you or we may, at either's sole election, require that the sole and exclusive forum for resolution of a Claim be final and binding arbitration pursuant to this Section 16 ("Arbitration Agreement"), unless you opt out as provided in Section 16(b) below. We agree not to invoke our right to arbitrate an individual Claim you may bring in small claims court, so long as the Claim remains in such court and advances only on an

individual (non-class, non-representative) basis and seeks relief only applicable to you.

As used in this Arbitration Agreement, "Claim" shall include any past, present, or future claim, dispute, or controversy involving you (or persons claiming through or connected with you), on the one hand, and us (or persons claiming through or connected with us), on the other hand, relating to or arising out of the Borrower Agreement, the Loan Agreement, any Service (including but not limited to the Site and the LC Platform), any loan application, loan request, or loan, and/or the activities or relationships that involve, lead to, or result from any of the foregoing. Claims are subject to arbitration regardless of whether they arise from contract, tort (intentional or otherwise), a constitution, statute, common law, principles of equity, or any other legal theory. Claims include matters arising as initial claims, counter-claims, cross-claims, third-party claims, or otherwise.

The scope of this Arbitration Agreement is to be given the broadest possible interpretation that is enforceable. Your agreement to the Borrower Agreement is made pursuant to a transaction in interstate commerce, and thus the Federal Arbitration Act, 9 U.S.C. §§ 1, et seq., governs the interpretation and enforcement of this Arbitration Agreement.

b. **Opt Out Procedure.** You may opt out of this Arbitration Agreement for all purposes by sending an arbitration opt-out notice to LendingClub Bank, N.A., 595 Market Street, Suite 200, San Francisco, California 94105, Attention: Legal Department, which is received at the specified address within 30 days of the date of your electronic acceptance of the Borrower Agreement. The opt-out notice must clearly state that you are rejecting arbitration; identify the Borrower Agreement to which it applies by date; provide your name, address, and social security number; and be signed by you. You may send an opt-out notice by mail, delivery service (e.g., UPS, FedEx), or courier as long as it is received at the specified address within the specified time. No other methods can be used to opt out of this Arbitration Agreement. If the opt-out notice is sent on your behalf by a third party, such third party must include evidence of his or her authority to submit the opt-out notice on your behalf. If you opt out of this Arbitration Agreement, all other parts of the Borrower Agreement will continue to apply.

c. **Pre-Arbitration Notice of Dispute.** If a Claim arises, our goal is to learn about and address your concerns and, if we are unable to do so to your satisfaction, to provide you with a neutral and cost-effective means of resolving the dispute quickly. Before filing any claim in arbitration, you may notify us of a Claim or dispute you may have by sending an email to customeradvocacy@lendingclub.com at any time, or by calling (888) 596-3157 from Mon-Fri 6:00 AM to 5:00 PM PT and Sat 8:00 AM to 5:00 PM PT.

d. **Arbitration Procedures.** Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator or arbitrators instead of a judge or jury, and court review of an arbitration award is very limited. The arbitrator(s) can award the same damages or other types of relief on an individual basis that a court could under applicable law, subject to the limitations set forth in this Arbitration Agreement. All issues are for the arbitrator(s) to decide, except issues relating to arbitrability, the scope or enforceability of this Arbitration Agreement, or the interpretation or enforceability of Section 16(f) below (Prohibition of Class and Representative Actions and Non-Individualized Relief) shall be for a court of competent jurisdiction to decide.

The party initiating arbitration shall do so with the American Arbitration Association (the "AAA") or JAMS. The arbitration shall be conducted according to, and the location of the arbitration shall be determined in accordance with, the rules and policies of the administrator selected, except to the extent such rules or policies conflict with this Arbitration Agreement or any countervailing applicable law. If you have any questions concerning the AAA or would like to obtain a copy of the AAA arbitration rules, you may call 1(800) 778-7879 or visit the AAA's web site at: www.adr.org. If you have any questions concerning JAMS or would like to obtain a copy of the JAMS arbitration rules, you may call 1(800) 352-5267 or visit JAMS's web site at: www.jamsadr.com. In the case of a conflict between the rules and policies of the administrator and this Arbitration Agreement, this Arbitration Agreement shall control, subject to countervailing applicable law, unless all parties to the arbitration consent to have the rules and policies of the administrator apply.

If the value of the relief sought is $10,000 or less, you or we may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and us subject to the discretion of the arbitrator(s) to require an in-person hearing, if the circumstances warrant. Attendance at an in-person hearing may be made by telephone by you and/or us, unless the arbitrator(s) requires otherwise.

Except to the extent preempted, superseded, or supplemented by Federal law, the arbitrator(s) will apply the substantive law of the State of Utah, without regard to principles of conflicts of law, to any dispute or Claim in arbitration, including recognized principles of equity, and will honor all claims of privilege recognized by law. The arbitrator shall take steps to reasonably protect confidential information. The award of the arbitrator(s) shall be final and binding, and judgment on the award may be entered in any court of competent jurisdiction.

e. **Costs of Arbitration.** If we elect arbitration, we shall pay all the administrator's filing costs and administrative fees (other than hearing fees). If you elect arbitration, filing costs and administrative fees (other than hearing fees) shall be paid in accordance with the rules of the administrator selected, or in accordance with countervailing applicable law, if contrary to the administrator's rules. We shall pay the administrator's hearing fees for up to one full day of arbitration hearings. Fees for hearings that exceed one day will be paid by the party requesting the hearing, unless the administrator's rules or applicable law require otherwise, you request that we pay them and we agree to do so, or you are able to demonstrate to the arbitrator(s) that the costs of accessing arbitration will be prohibitive as compared to the costs of accessing a court for purposes of pursuing litigation on an individual basis. Each party shall bear the expense of its own attorneys' fees, except as otherwise provided by countervailing applicable law.

f. **Prohibition of Class and Representative Actions and Non-Individualized Relief.** NO ARBITRATION SHALL PROCEED ON A CLASS, REPRESENTATIVE, OR COLLECTIVE BASIS (INCLUDING AS A PRIVATE ATTORNEY GENERAL ACTION ON BEHALF OF OTHERS), EVEN IF THE CLAIM OR CLAIMS THAT ARE THE SUBJECT OF THE ARBITRATION HAD PREVIOUSLY BEEN ASSERTED OR COULD HAVE BEEN ASSERTED IN COURT ON A PURPORTED CLASS, REPRESENTATIVE, OR COLLECTIVE BASIS. YOU AND WE ALSO AGREE NOT TO PARTICIPATE AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION AGAINST US OR YOU. UNLESS CONSENTED TO IN WRITING BY ALL PARTIES TO THE ARBITRATION: (1) NO PARTY TO THE ARBITRATION MAY JOIN, CONSOLIDATE, OR OTHERWISE BRING CLAIMS FOR OR ON BEHALF OF TWO OR MORE INDIVIDUALS OR ENTITIES IN THE SAME ARBITRATION UNLESS THOSE PERSONS OR ENTITIES ARE PARTIES TO A SINGLE TRANSACTION, AND (2) AN AWARD IN ARBITRATION SHALL DETERMINE THE RIGHTS AND OBLIGATIONS OF THE NAMED PARTIES ONLY, AND ONLY WITH RESPECT TO THE CLAIMS IN ARBITRATION, AND SHALL NOT (A) DETERMINE THE RIGHTS, OBLIGATIONS, OR INTERESTS OF ANYONE OTHER THAN A NAMED PARTY, OR RESOLVE ANY CLAIM OF ANYONE OTHER THAN A NAMED PARTY; NOR (B) MAKE AN AWARD FOR THE BENEFIT OF, OR AGAINST, ANYONE OTHER THAN A NAMED PARTY. NO ADMINISTRATOR OR ARBITRATOR SHALL HAVE THE POWER OR AUTHORITY TO WAIVE, MODIFY, OR FAIL TO ENFORCE THIS SECTION 16(F), AND ANY ATTEMPT TO DO SO, WHETHER BY RULE, POLICY, ARBITRATION DECISION OR OTHERWISE, SHALL BE INVALID AND UNENFORCEABLE. ANY CHALLENGE TO THE VALIDITY OF THIS SECTION 16(F) SHALL BE DETERMINED EXCLUSIVELY BY A COURT OF COMPETENT JURISDICTION AND NOT BY THE ADMINISTRATOR OR ANY ARBITRATOR.

g. **Survival and Severability.** This Arbitration Agreement shall survive (i) the suspension, termination, revocation, closure of, or amendments to, the Borrower Agreement, Loan Agreement, and/or the relationship between you and us; (ii) the bankruptcy or insolvency of you or us or any other person; and (iii) any transfer or assignment of any loan or Loan Agreement(s) or any other promissory note(s) which you owe, or any amounts owed on such loans or notes, to any other person or entity.

If any portion of this Arbitration Agreement other than Section 16(f) is deemed invalid or unenforceable, the remaining portions of this Arbitration Agreement shall nevertheless remain valid and in force. If a court decides that any of the provisions of Section 16(f) above is invalid or unenforceable because it would prevent the exercise of a nonwaivable right to pursue public injunctive relief and that decision is not overturned after any rights to appeal are exhausted, then any dispute regarding the entitlement to such relief (and only that form of relief) must be severed from arbitration and may be litigated in court. Also, if a court decides that any of the provisions of Section 16(f) above is invalid or unenforceable for any other reason and that decision is not overturned after any rights to appeal are exhausted, then any dispute or Claim that may not be arbitrated in accordance with the provisions of Section 16(f) that are held to be invalid or unenforceable must be severed from arbitration and may be litigated in court. For the sake of clarity, in no event shall any court decision finding a provision of Section 16(f) invalid or unenforceable be deemed to authorize an arbitrator to determine Claims or make awards beyond those authorized in this Arbitration Agreement.

**17. Loan Cancellation.** YOU MAY CANCEL THE LOAN AGREEMENT AT ANY TIME UP TO MIDNIGHT PACIFIC TIME OF THE FIFTH CALENDAR DAY AFTER THE LOAN HAS BEEN FUNDED OR, IF THE FIFTH CALENDAR DAY IS A SUNDAY OR IS DEEMED A HOLIDAY BY US, MIDNIGHT PACIFIC TIME OF THE NEXT BUSINESS DAY FOLLOWING SUCH SUNDAY OR HOLIDAY. YOUR LOAN AGREEMENT MAY BE CANCELLED BY TELEPHONE AT THE PHONE NUMBER BELOW BETWEEN THE HOURS OF 5:00 AM TO 5:00 PM PACIFIC TIME, MONDAY THROUGH FRIDAY AND 8:00 AM TO 5:00 PM PACIFIC TIME SATURDAYS, EXCEPT FOR DAYS DEEMED HOLIDAYS BY US, OR VIA EMAIL AT THE ADDRESS BELOW. CANCELLATION OUTSIDE OF NORMAL BUSINESS HOURS CAN ONLY BE MADE VIA EMAIL. CANCELLATION BY EMAIL WILL BE DETERMINED BY THE TIME STAMP ON THE EMAIL AS IT APPEARS IN OUR OR OUR AGENT'S INBOX. IF YOU DECIDE TO CANCEL, ALL LOAN PROCEEDS WILL BE WITHDRAWN FROM YOUR ACCOUNT WITHIN TEN (10) BUSINESS DAYS AFTER WE RECEIVE NOTICE OF YOUR LOAN CANCELLATION. IF WE OR OUR AGENTS CANNOT WITHDRAW THE FULL AMOUNT FROM YOUR BANK ACCOUNT AND YOU DO NOT OTHERWISE RETURN THE LOAN PROCEEDS WITHIN THE TEN (10) BUSINESS DAY PERIOD REFERENCED ABOVE, YOU WILL STILL BE RESPONSIBLE FOR PERFORMANCE OF ALL OBLIGATIONS UNDER THE BORROWER AGREEMENT AND THE LOAN AGREEMENT, INCLUDING BUT NOT LIMITED TO PAYMENT OF ANY FEES, INTEREST, AND PRINCIPAL OF THE LOAN. YOU MAY CANCEL THE LOAN AGREEMENT BY CONTACTING US AT

SUPPORT@LENDINGCLUB.COM OR CALLING 888-596-3157.

IN OUR SOLE DISCRETION, WE MAY TERMINATE THIS BORROWER AGREEMENT, AND ANY RELATED LOAN AGREEMENT, FOR ANY REASON PRIOR TO THE FUNDING OF YOUR LOAN.

## Exhibit A
### Loan Agreement and Promissory Note
Borrower Member ID: _____

Joint Applicant/Co-Borrower Member ID: _____

$_____

_____, 20_

In this Loan Agreement and Promissory Note (the "Note"), the word "Borrower" refers to each borrower and joint applicant/co-borrower named above or otherwise obligated under this Note. The word "Lender" refers to LendingClub Bank, National Association, and any subsequent holder of this Note. For value received, Borrower promises to pay to the order of Lender the principal sum of _____ ($_____) Dollars with interest as set forth below. Borrower intends to be legally bound by this Note. Borrower has read, understood, and agreed to all of the terms of this Note.

Interest Rate. This Note bears interest during each calendar month from the date hereof until paid in full, at a fixed rate of _____ (%) per annum (the "Interest Rate"). Interest will begin to accrue as of the date the loan proceeds are disbursed. After maturity, the unpaid balance of the principal will earn interest at the same fixed rate.

Interest Calculation Method. Interest is calculated daily on the basis of a 360-day year with 12 months each of which is 30 days (or 30/360) long, regardless if a month has more or fewer than 30 days. This Note shall bear interest on any overdue installment of principal and, to the extent permitted by applicable law, on any overdue installment of interest, at the Interest Rate as calculated above.

Payments. Principal and interest are to be paid during and throughout the period of _____ months in the following manner:

Payments of principal and interest in the amount of _____ ($____) Dollars are to be made by Borrower to Lender commencing _____, 20_, and on the same day of each successive month thereafter until _____, 20_, when the full amount of unpaid principal, together with unpaid accrued interest is due and payable. If the monthly anniversary is on the 29th, 30th, or 31st of the month, and the following month does not have a 29th, 30th, or 31st day, the monthly payment will be due on the last day of the month in which the payment was due.

Borrower's last payment might be of a different amount, which could be higher than the monthly installment amounts, to adjust for rounding and/or due to calculation of daily interest charges in certain instances such as a payment due date change or Borrower making a payment after the payment due date. If any late charges or other fees and charges due to Lender have not been paid, as described further below, Borrower will also owe Lender additional amounts for those fees and charges. In such cases, the amount of the last monthly payment will be adjusted by the amount necessary to repay the loan in full.

Borrower must pay Lender in U.S. dollars using a check or electronic debit that is drawn on and honored by a bank in the United States. Borrower may not make payments in cash. Borrower agrees that Lender can accept late or partial payments, or payments marked "paid in full" or other restrictive endorsements, without losing its rights.

Borrower may have designated an account from which to pay the amount of each payment due on each due date by ACH transfer. Borrower acknowledges that such authorization is assignable by Lender or any subsequent holder of the Note in the event that Lender or any subsequent holder of the Note sells, assigns, or transfers any interest in this Note.

Loan proceeds may be disbursed into a deposit account designated by Borrower and held by or for the benefit of Borrower ("Designated Borrower Account") or, for the purpose of satisfying in whole or in part a debt obligation of Borrower, to an account held by or for the benefit of a third party creditor designated by Borrower ("Designated Creditor Account"). Borrower is responsible for ensuring that all names and account, routing or other similar information provided by Borrower to Lender for any Designated Borrower Accounts or Designated Creditor Accounts (collectively, "Designated Accounts") are accurate and complete. Borrower agrees to hold Lender and any subsequent holder of the Note harmless for any alleged or actual loss, claim, fee or other damage or expense Borrower may suffer related to the failure of a Designated Account to receive such proceeds if such failure was the result (directly or indirectly) of any error in any name or account, routing or other similar information provided by Borrower to Lender. Borrower acknowledges that neither Lender nor any subsequent holder of the Note has any obligation to confirm or investigate the accuracy or completeness of the information Borrower has provided. Borrower further agrees that, if loan proceeds are rejected by any Designated Creditor Account, Lender may deliver loan

proceeds into any Designated Borrower Account to satisfy Lender's obligation of loan proceed delivery. In all events under this section, **interest will begin to accrue as of the date of issuance of the loan** and not upon the actual receipt of proceeds by Borrower or any other designated third party, except that no interest will be due to the extent this Note is canceled as set forth in the Borrower Agreement. If Lender is unable to deliver any loan proceeds to any Designated Account after 14 days from the initial delivery attempt, the loan will be canceled and Borrower will not owe any interest on the loan. For avoidance of doubt, if partial loan proceeds (any amount above $0) are delivered to any Designated Account, then the loan will not be canceled. If Lender is only able to deliver partial loan proceeds to any Designated Account after 14 days, Lender will apply the undelivered portion to the outstanding balance in accordance with its normal payment application procedures.

If Borrower elects to make payments by check, Borrower must send the check either by regular mail or by overnight mail or UPS delivery to Lockbox Services - #134268, LendingClub Corporation, 3440 Flair Dr., El Monte, CA 91731 or to the address designated by any subsequent holder of the Note. If the loan is assigned, Borrower must make payments to the address provided by the assignee.

Borrower's payment method and any necessary authorization do not affect its obligation to pay when due all amounts payable on the Note, whether or not there are sufficient funds in the applicable deposit account. The foregoing authorization is in addition to, and not in limitation of, any rights of setoff Lender may have.

**Origination fee.** If this loan is subject to an origination fee, such fee is deducted from the loan proceeds and paid to the Lender. Any origination fee of 5% or less of the initial loan amount is not refundable regardless of when, or if, the loan is paid in full. Any origination fee amount in excess of 5% of the initial loan amount is refundable on a prorated basis over the term of the loan when and if the loan is paid in full prior to its maturity date. A partial pre-payment will not result in the refund of any origination fee amount. Borrower acknowledges that the origination fee is considered part of the principal of Borrower's loan and is subject to the accrual of interest.

Insufficient funds fee. If a payment is returned, dishonored, or fails due to insufficient funds in the deposit account Borrower has designated for making payments, Borrower will be charged a fee of $15, to the extent permitted by applicable law. An insufficient funds fee may be assessed no more than once for a single failed payment. Lender may, at its option, choose to resubmit such payments. In addition to the fee assessed under this Note, a fee may be assessed by the depository institution at which Borrower's deposit account is held.

Late fee. If any part of a payment, other than a late fee assessed on a prior monthly payment, is more than 15 days late, a late fee may be charged in an amount equal to the greater of 5% of the outstanding payment or $15, to the extent permitted by applicable law. Only one late fee will be charged on each late payment. **Any payment received after 11:00 A.M., Mountain Time, on a banking day may deemed received on the next succeeding banking day.**

Prepayments and Partial Payments. Borrower may prepay this loan or make any payment early, in whole or in part, without penalty or premium at any time. Any partial prepayment will be credited against the loan balance as described in the Payments section above. Any partial prepayment does not postpone the due date of any monthly payment, unless expressly agreed to in writing. If Borrower prepays this Note in part, Borrower agrees to continue to make regularly scheduled payments until all amounts due under this Note are paid. Any regularly scheduled monthly installment of principal and interest that is received by Lender before the date it is due shall be deemed to have been received on the due date solely for the purpose of calculating interest due. Lender may extend the time to make a payment without extending the time to make other payments, accept late or partial payments without waiving Lender's right to have future payments made when they are due, or waive any fee without losing the right to impose that fee when due in the future.

Use of Funds. Borrower certifies that the proceeds of the loan will not be used for the purpose of purchasing or carrying any securities or to fund any illegal activity, or to fund any post-secondary educational expenses, including, but not limited to, tuition, fees, books, supplies, miscellaneous educational expenses, or room and board.

Default. Borrower will be deemed in default (each, an "Event of Default") of Borrower's obligations under this Note if Borrower: (1) fails to pay timely any amount due on the loan; (2) files or has instituted against it or any joint applicant/co-borrower any bankruptcy or insolvency proceedings or make any assignment for the benefit of creditors; (3) commits fraud or makes any material misrepresentation in this Note, the Borrower Agreement or in any other documents, applications or related materials delivered to Lender in connection with its loan, or (4) has breached or otherwise fails to abide by the terms of this Note or the Borrower Agreement. Upon the occurrence of an Event of Default, Lender may exercise all remedies available under applicable law and this Note, including without limitation, accelerate all amounts owed on this Note and demand that Borrower immediately pay such amounts.

Information Furnished to Credit Bureaus. Lender may report information about Borrower's account to credit bureaus. Should there be more than one Borrower, Lender may report that loan account to the credit bureaus in the names of all Borrowers.

Late payments, missed payments, or other defaults on an account may be reflected in Borrower's credit report. Borrower agrees to pay all costs of collecting any delinquent payments, including reasonable attorneys' fees, as permitted by applicable law.

Joint and Several Liability. The liability of any joint applicant/co-borrower to repay in full this loan is in addition to and not in lieu of the obligations of the primary Borrower to repay the loan in full. The joint applicant/co-borrower agrees to abide by the terms and conditions of this Note or any other agreements or documents provided or executed as part of the loan application process, as if an original signatory. Lender and its designees, successors, and assigns have sole discretion to proceed against any party responsible under this Note to recover all the amounts due under this Note. Further, Lender and its designees, successors, and assigns can accept instructions from either Borrower or the joint applicant/co-borrower, and can provide any notice or disclosure to either Borrower or the joint applicant/co-borrower, which shall be binding on and deemed simultaneously received by each.

Loan Charges. If a law that applies to the Loan and sets maximum loan charges is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower that exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under this Note or by making a direct payment to Borrower.

Electronic Transactions. BORROWER EXPRESSLY AGREES THAT THE NOTE IS A "TRANSFERABLE RECORD" FOR ALL PURPOSES UNDER THE ELECTRONIC SIGNATURES IN GLOBAL AND NATIONAL COMMERCE ACT AND THE UNIFORM ELECTRONIC TRANSACTIONS ACT.

Registration of Note Owners. Borrower has appointed Lender as its agent (in such capacity, the **"Note Registrar"**) for the purpose of maintaining a book-entry system (the **"Register"**) for recording the names and addresses of any future owner of beneficial interests in this Note (the **"Note Owners"**) and the principal amounts and interest on this Note owing to each pursuant to the terms hereof from time to time. The person or persons identified as the Note Owners in the Register shall be treated as the owner(s) of this Note for purposes of receiving payment of principal and interest on such Note and for all other purposes. With respect to any transfer by a Note Owner of its beneficial interest in this Note, the right to payment of principal and interest on this Note shall not be effective until the transfer is recorded in the Register.

Miscellaneous. Lender may, without notice to Borrower, assign all of its right, title and interest (or any portion thereof) in this Note to any other third party. Borrower understands, acknowledges and agrees that any assignee may sell, assign or transfer the Note and all associated documents and information related to the Note without Borrower's consent or delivery of notice (subject in each case to the registration requirement above). Borrower may not assign this Note without the prior written consent of Lender. This Note inures to the benefit of successors, permitted assigns, heirs and representatives of Borrower and Lender.

Borrower hereby waives demand, notice of non-payment, protest, and all other notices or demands whatsoever, and hereby consents that without notice to and without releasing the liability of any party, the obligations evidenced by this Note may from time to time, in whole or part, be renewed, extended, modified, accelerated, compromised, settled, canceled (as provided for in the Borrower Agreement) or released by Lender.

Borrower shall pay any and all government fees and taxes (including but not limited to stamp and documentary taxes) incurred in connection with the execution of this Note, the Borrower Agreement, or any other documents associated with the loan. Lender may choose, in its sole discretion, to collect from and remit on behalf of Borrower the amount of any such fees and taxes, and to add such amount to the principal balance of the loan. Amounts paid to others on Borrower's behalf in connection with loan origination are shown in the Truth in Lending disclosure corresponding to the loan.

Any changes to this Note must be in writing signed by Borrower and Lender. Notices will be provided electronically to Borrower's account, unless Borrower has opted out of electronic delivery and then will be mailed to the addresses then on record. Notwithstanding the foregoing, Lender may correct any clerical error or omissions in this Note or in any related document. Lender will notify Borrower promptly of any such errors and the correction made promptly upon discovery. Borrower agrees that such correction will be effective as of the original date of this Note. Examples of clerical errors include, but are not limited to, calculation, transcription and printing errors.

This Note is subject to the Arbitration Agreement in the Borrower Agreement between Lender and Borrower. If at any time after the date of this Note, any of the provisions of this Note shall be held by any court of competent jurisdiction or arbitrator to be illegal, void or unenforceable, and that decision is not overturned after any rights to appeal are exhausted, such provision shall be of no force and effect, but the illegality and unenforceability of such provision shall have no effect upon and shall not impair the enforceability of any other provisions of this Note.

Controlling Law. Lender is located in the State of Utah, this Note is executed and delivered in the State of Utah and is a contract made under the law of the State of Utah, and funds are disbursed from the State of Utah. The provisions of this Note will be governed by Federal laws and the laws of the State of Utah to the extent not preempted, without regard to any principle of conflicts of law that would require or permit the application of the laws of any other jurisdiction.

**STATE LAW NOTICES:**

CALIFORNIA RESIDENTS ONLY: A married applicant may apply for a separate account. If Lender takes any adverse action as defined by § 1785.3 of the California Civil Code and the adverse action is based, in whole or in part, on any information contained in a consumer credit report, Borrower has the right to obtain within 60 days a free copy of Borrower's consumer credit report from the consumer reporting agency who furnished the consumer credit report and from any other consumer credit reporting agency that complies and maintains files on consumers on a nationwide basis.

CALIFORNIA AND UTAH RESIDENTS: As required by California and Utah law, Borrower is hereby notified that a negative credit report reflecting on Borrower's credit record may be submitted to a credit reporting agency if Borrower fails to fulfill the terms of Borrower's credit obligations.

KANSAS: NOTICE TO CONSUMER: 1. Do not sign this Note before you read it. 2. You are entitled to a copy of this Note. 3. You may prepay the unpaid balance at any time without penalty.

MASSACHUSETTS RESIDENTS ONLY: Massachusetts law prohibits discrimination based upon marital status or sexual orientation.

MISSOURI AND NEBRASKA RESIDENTS: ORAL LOAN AGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR TO FORBEAR FROM ENFORCING REPAYMENT OF SUCH DEBT, INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT, ARE NOT ENFORCEABLE. TO PROTECT BORROWER(S) AND THE LENDER AND ANY HOLDER OF THIS NOTE FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENTS WE REACH COVERING SUCH MATTERS ARE CONTAINED IN THIS WRITING, WHICH IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.

NEW JERSEY RESIDENTS: The section headings of the Note are a table of contents and not contract terms. Portions of this Note with references to actions taken to the extent of applicable law apply to acts or practices that New Jersey law permits or requires. In this Note, actions or practices (i) by which Lender is or may be permitted by "applicable law" are permitted by New Jersey law, and (ii) that may be or will be taken by Lender unless prohibited by "applicable law" are permitted by New Jersey law.

NEW YORK, RHODE ISLAND and VERMONT RESIDENTS: Borrower understands and agrees that Lender may obtain a consumer credit report in connection with this application and in connection with any update, renewals for extension of any credit as a result of this application. If Borrower asks, Borrower will be informed whether or not such a report was obtained, and if so, the name and address of the agency that furnished the report. Borrower also understands and agrees that Lender may obtain a consumer credit report in connection with the review or collection of any loan made to Borrower as a result of this application or for other legitimate purposes related to such loans.

OHIO RESIDENTS ONLY: The Ohio laws against discrimination require that all creditors make credit equally available to all credit-worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with the law.

WASHINGTON RESIDENTS ONLY: Oral agreements or oral commitments to loan money, extend credit, or to forbear from enforcing repayment of a debt are not enforceable under Washington law.

WISCONSIN RESIDENTS ONLY: For married Wisconsin residents, Borrower's signature confirms that this loan obligation is being incurred in the interest of Borrower's marriage or family. No provision of any marital property agreement (pre-marital agreement), unilateral statement under § 766.59 of the Wisconsin statutes or court decree under § 766.70 adversely affects Lender's interest unless, prior to the time that the loan is approved, Lender is furnished with a copy of the marital property agreement, statement, or decree or have actual knowledge of the adverse provision. If this loan for which Borrower is applying is granted, Borrower will notify Lender if Borrower has a spouse who needs to receive notification that credit has been extended to Borrower.

MEMBER ID OF BORROWER & CO-BORROWER (if any)
BY: LENDINGCLUB BANK, NATIONAL ASSOCIATION
ATTORNEY-IN-FACT FOR BORROWER and CO-BORROWER (if any)
(SIGNED ELECTRONICALLY)

# Exhibit B

# Exhibit B

Scott & Associates
P.O. Box 115220
Carrollton, Texas 75011-5220
Toll Free: (866) 298-3155
Business Hours: Monday - Friday 8:00am to 6:00pm CT
Email: info@scott-pc.com

To: Christopher Lazzaro
1302 Vallejo St
Santa Rosa CA 95404-5241

Reference: 2560124

February 9, 2024

**Scott & Associates is a debt collector.** We are trying to collect a debt that you owe to Accelerated Inventory Management, LLC. We will use any information you give us to help collect the debt.

**Our information shows:**

You had an account from Lendingclub Bank with account number XXXXX8611.

| | | |
|---|---|---|
| As of 11/30/2022, you owed: | $ | 4,362.04 |
| Between 11/30/2022 and today: | | |
| You were charged this amount in interest: | + $ | 0.00 |
| You were charged this amount in fees: | + $ | 0.00 |
| You paid or were credited this amount toward the debt: | - $ | 0.00 |
| **Total amount of the debt now:** | **$** | **4,362.04** |

At this point in time, no attorney with this firm has personally reviewed the particular circumstances of your account.

**Notice:** See the enclosed separate page for important information.

**How can you dispute the debt?**
- **Call or write to us by 3/20/2024, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by 3/20/2024,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at info@scott-pc.com.

**What else can you do?**
- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 3/20/2024, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at info@scott-pc.com.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

178CSMJSP01_DML-001GCA

P.O. Box 115220
Carrollton, TX 75011-5220
ADDRESS SERVICE REQUESTED

Christopher Lazzaro
1302 Vallejo St
Santa Rosa CA 95404-5241

**How do you want to respond?**
*Check all that apply:*
- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.  ☐ The amount is wrong.
  - ☐ Other (please include additional information).
- ☐ **I want you to send me the name and address of the original creditor.**
- ☐ **I enclosed this amount:** $ _____

Make your check payable to *Scott & Associates.* Include the reference number 2560124.

Mail this form to:
Scott & Associates
P.O. Box 115220
Carrollton TX 75011-5220

## CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT NOTICE

The State Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgement. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

## SEPARATE NOTICE UNDER CALIFORNIA CIVIL CODE SECTION 1788.14.5

You may request records showing the following: (1) that Accelerated Inventory Management, LLC has the right to seek collection of the debt; (2) the debt balance, including an explanation of any interest charges and additional fees; (3) the date the debt became delinquent or the date of the last payment; (4) the name of the creditor and the account number associated with the debt; (5) the name and last known address of the debtor as it appeared in the creditor's records prior to assignment of the debt; and (6) the names of all persons or entities other than the debt collector to which the debt has been assigned, if applicable. You may request from us a copy of the contract or other document evidencing your agreement to the debt.

A request for these records may be addressed to: Scott & Associates, PO Box 115220, Carrollton, Texas 75011-5220.

California Debt Collection License No. 12242-99.

# Exhibit C

Exhibit C

 Gmail                                            **Chris Lazzaro <chrisflazzaro@gmail.com>**

## Your Daily Digest for Fri, Feb 16
1 message

**USPS Informed Delivery** <USPSInformeddelivery@email.informeddelivery.usps.com>          Fri, Feb 16, 2024 at 7:08 AM
To: chrisflazzaro@gmail.com

You have mail and packages arriving soon.                                                2/16/2024

  **COMING TO YOUR MAILBOX SOON.**

## MAIL

<u>View all mail on dashboard</u>



**Do more with your mail**

 Set a Reminder



Official Business
Penalty for Private Use, $300

PRESORTED
FIRST-CLASS MAIL
Postage and Fees Paid
Internal Revenue Service
PERMIT NO. G-48

Department of the Treasury
Internal Revenue Service
Mail Stop C1 6525
Kansas City MO 64999-0025

CHRISTOPHER F LAZZARO
1302 VALLEJO ST
SANTA ROSA CA 95404-5241

**Do more with your mail**

 Set a Reminder



A piece of mail that we
do not have an image for is
included in today's mail.

## Arriving This Week

No mail available to display.

 **PACKAGES**

View and manage all packages on dashboard

## Arriving Today                                                    Friday, Feb 16

No packages available to display.

## Arriving Soon

No packages available to display.

## Outbound

No packages available to display.

# Refer friends and family to Informed Delivery!

Refer via Email          Refer via Text

You may have more mail or packages than are shown in your Daily Digest. To check, **go to your Dashboard**

Mail may arrive several days after you receive this notification. Please allow up to a week for delivery before reporting missing mail. **Report missing mail**

*These images represent mail pieces that are sorted on USPS® automated equipment. Some of your mail may not be shown here.

You subscribed to this service with USPS® Innovative Business Technology, PO Box 23972, Washington DC 20026-3972.

If you no longer wish to receive daily email notifications, unsubscribe here.

Gmail - Your Daily Digest for Fri, Feb 16

If you need support, please visit user support for Informed Delivery®.

For more information about this service, please visit general information about Informed Delivery.

Copyright © 2022 United States Postal Service℠. All Rights Reserved. The Eagle Logo and the trade dress of USPS® Packaging are among the many trademarks of the U.S. Postal Service®.

This is an automated email, please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

# Exhibit D

# Exhibit D

# Scott & Associates

Serving AL, CA, DC, MD, NY, PA, SC, TN, TX, & VA

Attorneys at Law

<u>Mailing Address</u>
PO Box 115220
Carrollton, Texas 75011-5220

**Toll Free: (866) 298-3155**
Hours of Operation (CST)
Monday-Friday: 8:00 AM-6:00 PM
helpdesk@scott-pc.com
NYC Dept. of Consumer Affairs
Lic. Nos. 2044998 and 2045102

California Debt Collection License No. 12242-99

April 29, 2024

Christopher Lazzaro
1302 Vallejo Street
Santa Rosa, Ca 95404

|       |                     |                                      |
|-------|---------------------|--------------------------------------|
| **RE:** | Current Creditor:   | Accelerated Inventory Management, LLC |
|       | Original Creditor:  | Lendingclub Bank                     |
|       | Customer:           | Christopher Lazzaro                  |
|       | Balance Owed:       | $4,350.94                           |
|       | Account Number:     | XXXXX8611                            |
|       | Firm Reference Number: | 2560124                           |

Dear Christopher Lazzaro,

Our office is in the process of preparing a lawsuit against you for the above matter. California Code of Civil Procedure Section 1033 (b) (2) requires us to advise you that in the event of legal action, such legal action could result in a judgment against you that would include the costs and necessary disbursements allowed by law.

Sincerely,

Scott & Associates

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

**SCOTT & ASSOCIATES**

Tel: (866) 298-3155  •  PO Box 115220, Carrollton, Texas 75011  •  Fax: (214) 234-8454

# Exhibit E

# Exhibit E

Gmail - Your Daily Digest for Tue, May 07

 Gmail

**Chris Lazzaro <chrisflazzaro@gmail.com>**

## Your Daily Digest for Tue, May 07
1 message

**USPS Informed Delivery** <USPSInformeddelivery@email.informeddelivery.usps.com>    Tue, May 7, 2024 at 7:21 AM
To: chrisflazzaro@gmail.com

You have mail and packages arriving soon.    5/7/2024

 **COMING TO YOUR MAILBOX SOON.**

 **MAIL**

View all mail on dashboard

**From**    Discover Card



**Do more with your mail**

     Learn More

Apply Now     Set a Reminder



## Do more with your mail

 Set a Reminder



**Smart
Home
Security**

# Stop by for a personalized demonstration.

## Plus, learn about these benefits:

✓ AAA professional monitoring*
✓ Complete home security with a single app
✓ AAA Members save $60 annually on monitoring**
✓ No long-term monitoring contracts

415 2404F 4/30/2024

**AAA Santa Rosa-Farmers Lane Branch**
1501 Farmers Ln, Santa Rosa
(707) 566-4000

Santa Rosa-Farmers Lane 0424

*Professional monitoring required plus a subscription to monthly monitoring plan. **Discount applies to monthly alarm and smart home security monitoring plan only. Video Only or Video + Control plans are not eligible. Valid AAA Membership required for discount. Visit AAA.com/SmartTerms for details. © AA Smart Home LP, dba AAA Smart Home Security, 1277 Treat Blvd., #1000, Walnut Creek, CA 94597. All rights reserved. Alarm license: (AZ) ROC 329144 CR-16 (AZ) ROC CR 67 (CA) ACO7495 (CA) 1098234. (NV) 0088649.

10142

Chris Lazzaro
1302 Vallejo St
Santa Rosa, CA 95404-5241

## Do more with your mail

 Set a Reminder

## Arriving This Week

No mail available to display.

 **PACKAGES**

<u>View and manage all packages on dashboard</u>

## Arriving Today                                      Tuesday, May 07

No packages available to display.

## Arriving Soon

No packages available to display.

## Outbound

No packages available to display.



**Refer friends and family to Informed Delivery!**

| Refer via Email | | Refer via Text |

You may have more mail or packages than are shown in your Daily Digest. To check, **go to your Dashboard**

Mail may arrive several days after you receive this notification. Please allow up to a week for delivery before reporting missing mail.

**Report missing mail**

'These images represent mail pieces that are sorted on USPS® automated equipment. Some of your mail may not be shown here.

You subscribed to this service with USPS® Innovative Business Technology, PO Box 23972, Washington DC 20026-3972.

If you no longer wish to receive daily email notifications, unsubscribe here.

If you need support, please visit user support for Informed Delivery®.

For more information about this service, please visit general information about Informed Delivery.

Copyright © 2022 United States Postal Service®. All Rights Reserved. The Eagle Logo and the trade dress of USPS® Packaging are among the many trademarks of the U.S. Postal Service®.

This is an automated email, please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

# Exhibit F

# Exhibit F

California Debt Collection License No. 12242-99

**PLD-C-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT :                         STATE BAR NUMBER:<br>FLINT C ZIDE, SBN 160369 / DAVID C. MCGAFFEY, SBN 315632 / ROBERT KAYVON, SBN 250283<br>Scott & Associates<br>PO Box 115220<br>Carrollton, TX 75011 | **FOR COURT USE ONLY**<br><br>**ELECTRONICALLY FILED**<br>**Superior Court of California**<br>**County of Sonoma**<br>**12/13/2024 9:43 AM**<br>**By: Angelina Burningham, Deputy Clerk** |

TELEPHONE NO.:   (866) 298-3155           FAX NO.:   (626) 799-8419
EMAIL ADDRESS:   CAFilings@scott-pc.com
ATTORNEY FOR (name):   Accelerated Inventory Management, LLC

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**   Sonoma
STREET ADDRESS:      600 Administration Dr.
MAILING ADDRESS:
CITY AND ZIP CODE:   Santa Rosa. CA 95403
BRANCH NAME:       Sonoma Courthouse

PLAINTIFF:  Accelerated Inventory Management, LLC
DEFENDANT:  Christopher Lazzaro
[X] DOES 1   TO _5, INCLUSIVE_

**CONTRACT**
[X] **COMPLAINT**          [ ] **AMENDED COMPLAINT** *(Number):*

[ ] **CROSS-COMPLAINT**    [ ] **AMENDED CROSS-COMPLAINT** *(Number):*

**Jurisdiction** *(check all that apply):*
[X] **ACTION IS A LIMITED CIVIL CASE** (does not exceed $35,000)
  Amount demanded [X] **does not exceed $10,000**
                  [ ] **exceeds $10,000**
[ ] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $35,000)
[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint
    [ ] **from limited to unlimited**
    [ ] **from unlimited to limited**

| CASE NUMBER: |
|---|
| 24CV07542 |

1. **Plaintiff** *(name or names):*
   Accelerated Inventory Management, LLC
   alleges causes of action against **defendant** *(name or names):*
   Christopher Lazzaro, Does 1 TO 5, INCLUSIVE
2. This pleading, including attachments and exhibits, consists of the following number of pages:     17
3. a. Each plaintiff named above is a competent adult
     [X] except plaintiff *(name):* Accelerated Inventory Management, LLC
       (1) [ ] a corporation qualified to do business in California.
       (2) [ ] an unincorporated entity (describe):
       (3) [X] other *(specify):*
   b. [ ] Plaintiff *(name):*
       (1) [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

       (2) [ ] has complied with all licensing requirements as a licensed *(specify):*
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
     [ ] except defendant *(name):*                          [ ] except defendant *(name):*
       (1) [ ] a business organization, form unknown.           (1) [ ] a business organization, form unknown.
       (2) [ ] a corporation.                                   (2) [ ] a corporation.
       (3) [ ] an unincorporated entity(describe):              (3) [ ] an unincorporated entity (describe):

       (4) [ ] a public entity (describe):                      (4) [ ] a public entity (describe):

       (5) [ ] other (specify):                                 (5) [ ] other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2024]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

S&A 2560124

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Accelerated Inventory Management, LLC vs. Christopher Lazzaro | |

4.  b.  The true names of defendants sued as Does are unknown to plaintiff.

(1) ☐ Doe defendants *(specify Doe numbers):*                                were the agents or employees of the named defendants and acted within the scope of that agency or employment.

(2) ☒ Doe defendants *(specify Doe numbers):* 1 to 5                      are persons whose capacities are unknown to plaintiff.

c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**

a. ☐ has complied with applicable claims statutes, *or*

b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10    ☐ Civil Code section 2984.4.

7.  This court is the proper court because

a. ☐ a defendant entered into the contract here.

b. ☐ a defendant lived here when the contract was entered into.

c. ☒ a defendant lives here now.

d. ☐ the contract was to be performed here.

e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.

f. ☐ real property that is the subject of this action is located here.

g. ☒ other *(specify):* CCP 395(b)

8.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

☐ Breach of Contract

☒ Common Counts

☐ Other *(specify):*

9. ☒ Other allegations:

Plaintiff is a debt buyer and the sole owner/assignee of an agreement entered into by defendant(s) on an installment loan account ending in 8611 with Plaintiff's predecessor Lendingclub Bank, Plaintiff having taken said assignment for value. This account was purchased by Plaintiff after January 1, 2014.

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. ☒ damages of: $ 4,306.54

b. ☐ interest on the damages

(1) ☐ according to proof

(2) ☐ at the rate of *(specify):*            percent per year from *(date):*

c. ☐ attorney's fees

(1) ☐ of: $

(2) ☐ according to proof.

d. ☒ other *(specify):* SUCH OTHER RELIEF AS THE COURT DEEMS PROPER

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date:    December 12, 2024

RobeRt Kayvon
_____
(TYPE OR PRINT NAME)

▶ *RobeRt Kayvon*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Digitally signed by RobeRt Kayvon
DN: o=MJSPC, ou=Legal, uid=337501252
Date: 12/12/2024 12:45:07 PM

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001(2)

| SHORT TITLE:<br>Accelerated Inventory Management, LLC vs. Christopher Lazzaro | CASE NUMBER: |
|---|---|

__First__      **CAUSE OF ACTION—Common Counts**
*(number)*

ATTACHMENT TO [X] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* Accelerated Inventory Management, LLC

     alleges that defendant *(name):* Christopher Lazzaro

     became indebted to    [X] plaintiff    [ ] other *(name):*

     a. [X] within the last four years
          (1) [X] on an open book account for money due.
          (2) [X] because an account was stated in writing by and between plaintiff and defendant in which it
                was agreed that defendant was indebted to plaintiff.

     b. [X] within the last    [ ] two years    [ ] four years
          (1) [X] for money had and received by defendant for the use and benefit of plaintiff.
          (2) [ ] for work, labor, services and materials rendered at the special instance and request of defendant
                and for which defendant promised to pay plaintiff.
                [ ] the sum of $
                [ ] the reasonable value.
          (3) [ ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant
                promised to pay plaintiff
                [ ] the sum of $
                [ ] the reasonable value.
          (4) [X] for money lent by plaintiff to defendant at defendant's request.
          (5) [X] for money paid, laid out, and expended to or for defendant at defendant's special instance and
                request.
          (6) [ ] other *(specify):*

CC-2. $ _____ , which is the reasonable value, is due and unpaid despite plaintiff's demand,
     plus prejudgment interest    [ ] according to proof    [ ] at the rate of _____ percent per year
     from *(date):*

CC-3. [ ]   Plaintiff is entitled to attorney fees by an agreement or a statute
         [ ] of $
         [ ] according to proof.

CC-4. [X]   Other:
$4,306.54, which is the fixed and agreed amount, is due and unpaid despite plaintiff's demand. Plaintiff is the sole owner and current assignee of this account, whose account number at time of charge off ended in 8611 (the Account). The Account was originally issued by Lendingclub Bank, 71 Stevenson Street, San Francisco, CA 94105, and they remained the creditor at time of charge off. $4,362.04 was the balance owed at time of charge off. The account arose from an agreement between the issuer and the Defendant, as shown by Attachment 2. The last payment or other activity occurring on the Account prior to chargeoff was on or about June 17, 2022, as shown by Attachment 1. The debtor's name and address appeared in the original creditor's records prior to the sale of the debt or as of December 23, 2022, as shown in Attachment 3. The names and addresses of all entities who have purchased the debt after charge off are set forth on Attachment 4. Plaintiff has complied with Civil Code Section 1788.52.

Page    __3__

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2009]
**CAUSE OF ACTION—Common Counts**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

S&A 2560124

# ATTACHMENT "1"

**TRANSACTION LEDGER**

| | |
|---|---|
| Consumer Name: | Christopher Lazzaro |
| Loan Issuer: | Lendingclub Bank |
| Loan Account No.: | XXXXX8611 |
| Firm Account No.: | 2560124 |
| Initial Loan Date: | 6/17/2022 |

**Summary of Account(s)**

| | |
|---|---|
| Unpaid Principal | 4,000.00 |
| Accrued Interest | 350.94 |
| Unpaid Fees | 0.00 |
| Total Charge-Off | 4,350.94 |

Loan ID

**Loan No.    190558611**

| TRXN Date | TRXN Type | TRXN Amount | Start Principal Balance | Additions to Balance | | | Payments Applied | | | Ending Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Principal | Interest | Fees | Principal | Interest | Fees | |
| 06/17/2022 | LOAN | 148.64 | 0.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 07/24/2022 | INT ACCRUAL | 148.64 | 4,000.00 | 0.00 | 84.40 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 08/24/2022 | INT ACCRUAL | 148.64 | 4,000.00 | 0.00 | 66.63 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 09/24/2022 | INT ACCRUAL | 148.64 | 4,000.00 | 0.00 | 66.63 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 10/24/2022 | INT ACCRUAL | 148.64 | 4,000.00 | 0.00 | 64.41 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 11/24/2022 | INT ACCRUAL | 148.64 | 4,000.00 | 0.00 | 66.63 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 11/30/2022 | CHARGEOFF | | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |

| | |
|---|---|
| Unpaid Principal | 4,000.00 |
| Accrued Interest | 350.94 |
| Unpaid Fees | 0.00 |
| Charge-Off | 4,350.94 |

[ NOTICE: The information contained herein is extracted from financial records provided by the client and pertaining to the above-referenced consumer. This representation is a fair, complete and accurate presentation of that information. The information has been reformatted to aid in readability and to summarize key events.
Source File Name: 02560124_UCA_20240214_2462771_PAYMENTHISTORY_20221228 085310_2462771_20221228085058_TRANSACTIONHISTORY.XLSX ]    Ver.2.0

# ATTACHMENT "2"

ate Signed: 6/14/2022

# Promissory Note for $4,000

**Loan Agreement and Promissory Note**
Borrower Member ID: 247318830

Joint Applicant/Co-Borrower Member ID: N/A

**$4,000**

**June 17, 2022**

In this Loan Agreement and Promissory Note (the "Note"), the word "Borrower" refers to each borrower and joint applicant/co-borrower named above or otherwise obligated under this Note. The word "Lender" refers to LendingClub Bank, National Association, and any subsequent holder of this Note. For value received, Borrower promises to pay to the order of Lender the principal sum of **$4,000** Dollars with interest as set forth below. Borrower intends to be legally bound by this Note. Borrower has read, understood, and agreed to all of the terms of this Note.

Interest Rate. This Note bears interest during each calendar month from the date hereof until paid in full, at a fixed rate of **19.99 (%)** per annum (the "Interest Rate"). Interest will begin to accrue as of the date the loan proceeds are disbursed. After maturity, the unpaid balance of the principal will earn interest at the same fixed rate.

Interest Calculation Method. Interest is calculated daily on the basis of a 360-day year with 12 months each of which is 30 days (or 30/360) long, regardless if a month has more or fewer than 30 days. This Note shall bear interest on any overdue installment of principal and, to the extent permitted by applicable law, on any overdue installment of interest, at the Interest Rate as calculated above.

Payments. Principal and interest are to be paid during and throughout the period of 36 months in the following manner:

Payments of principal and interest in the amount of **$148.54** Dollars are to be made by the Borrower to Lender commencing July 17, 2022 , and on the same day of each successive month thereafter until June 17, 2025 , when the full amount of unpaid principal, together with unpaid accrued interest is due and payable. If the monthly anniversary is on the 29th, 30th, or 31st of the month, and the following month does not have a 29th, 30th, or 31st day, the monthly payment will be due on the last day of the month in which the payment was due.

Borrower's last payment might be of a different amount, which could be higher than the monthly installment amounts, to adjust for rounding and/or due to calculation of daily interest charges in certain instances such as a payment due date change or Borrower making a payment after the payment due date. If any late charges or other fees and charges due to Lender have not been paid, as described further below, Borrower will also owe Lender additional amounts for those fees and charges. In such cases, the amount of the last monthly payment will be adjusted by the amount necessary to repay the loan in full.

Borrower must pay Lender in U.S. dollars using a check or electronic debit that is drawn on and honored by a bank in the United States. Borrower may not make payments in cash. Borrower agrees that Lender can accept late or partial payments, or payments marked "paid in full" or other restrictive endorsements, without losing its rights.

Borrower may have designated an account from which to pay the amount of each payment due on each due date by ACH transfer. Borrower acknowledges that such authorization is assignable by Lender or any subsequent holder of the Note in the event that Lender or any subsequent holder of the Note sells, assigns, or transfers any interest in this Note.

Loan proceeds may be disbursed into a deposit account designated by Borrower and held by or for the benefit of Borrower ("Designated Borrower Account") or, for the purpose of satisfying in whole or in part a debt obligation of Borrower, to an account held by or for the benefit of a third party creditor designated by Borrower ("Designated Creditor Account"). Borrower is responsible for ensuring that all names and account, routing or other similar information provided by Borrower to Lender for any Designated Borrower Accounts or Designated Creditor Accounts (collectively, "Designated Accounts") are accurate and complete. Borrower agrees to hold Lender and any subsequent holder of the Note harmless for any alleged or actual loss, claim, fee or other damage or expense Borrower may suffer related to the failure of a Designated Account to receive such proceeds if such failure was the result (directly or indirectly) of any error in any name or account, routing or other similar information provided by Borrower to Lender. Borrower acknowledges that neither Lender nor any subsequent holder of the Note has any obligation to confirm or investigate the accuracy or completeness of the information Borrower has provided. Borrower further agrees that, if loan proceeds are rejected by any Designated Creditor Account, Lender may deliver loan proceeds into any Designated Borrower Account to satisfy Lender's obligation of loan proceed delivery. In all events under this section, interest will begin to accrue as of the date of issuance of the loan and not upon the actual receipt of proceeds by Borrower or any other designated third party, except that no interest will be due to the extent this Note is canceled as set forth in the Borrower Agreement. If Lender is unable to deliver any loan proceeds to any Designated Account after 14 days from the initial delivery attempt, the loan will be canceled and Borrower will not owe any interest on the loan. For avoidance of doubt, if partial loan proceeds (any amount above $0) are delivered to any Designated Account, then the loan will not be canceled. If Lender is only able to deliver partial loan proceeds to any Designated Account after 14 days, Lender will apply the undelivered portion to the outstanding balance in accordance with its normal payment application procedures.

If Borrower elects to make payments by check, Borrower must send the check either by regular mail or by overnight mail or UPS delivery to Lockbox Services - #134268, LendingClub Corporation, 3440 Flair Dr., El Monte, CA 91731 or to the address designated by any subsequent holder of the Note.

ate Signed: 6/14/2022

If the loan is assigned, Borrower must make payments to the address provided by the assignee.

Borrower's payment method and any necessary authorization do not affect its obligation to pay when due all amounts payable on the Note, whether or not there are sufficient funds in the applicable deposit account. The foregoing authorization is in addition to, and not in limitation of, any rights of setoff Lender may have.

**Origination fee. If this loan is subject to an origination fee, such fee is deducted from the loan proceeds and paid to the Lender. Any origination fee of 5% or less of the initial loan amount is not refundable regardless of when, or if, the loan is paid in full. Any origination fee amount in excess of 5% of the initial loan amount is refundable on a prorated basis over the term of the loan when and if the loan is paid in full prior to its maturity date. A partial pre-payment will not result in the refund of any origination fee amount. Borrower acknowledges that the origination fee is considered part of the principal of Borrower's loan and is subject to the accrual of interest.**

Insufficient funds fee. If a payment is returned, dishonored, or fails due to insufficient funds in the deposit account Borrower has designated for making payments, Borrower will be charged a fee of $15, to the extent permitted by applicable law. An insufficient funds fee may be assessed no more than once for a single failed payment. Lender may, at its option, choose to resubmit such payments. In addition to the fee assessed under this Note, a fee may be assessed by the depository institution at which Borrower's deposit account is held.

Late fee. If any part of a payment, other than a late fee assessed on a prior monthly payment, is more than 15 days late, a late fee may be charged in an amount equal to the greater of 5% of the outstanding payment or $15, to the extent permitted by applicable law. Only one late fee will be charged on each late payment. **Any payment received after 11:00 A.M., Mountain Time, on a banking day may deemed received on the next succeeding banking day.**

Prepayments and Partial Payments. Borrower may prepay this loan or make any payment early, in whole or in part, without penalty or premium at any time. Any partial prepayment will be credited against the loan balance as described in the Payments section above. Any partial prepayment does not postpone the due date of any monthly payment, unless expressly agreed to in writing. If Borrower prepays this Note in part, Borrower agrees to continue to make regularly scheduled payments until all amounts due under this Note are paid. Any regularly scheduled monthly installment of principal and interest that is received by Lender before the date it is due shall be deemed to have been received on the due date solely for the purpose of calculating interest due. Lender may extend the time to make a payment without extending the time to make other payments, accept late or partial payments without waiving Lender's right to have future payments made when they are due, or waive any fee without losing the right to impose that fee when due in the future.

Use of Funds. Borrower certifies that the proceeds of the loan will not be used for the purpose of purchasing or carrying any securities or to fund any illegal activity, or to fund any post-secondary educational expenses, including, but not limited to, tuition, fees, books, supplies, miscellaneous educational expenses, or room and board.

Default. Borrower will be deemed in default (each, an "Event of Default") of Borrower's obligations under this Note if Borrower: (1) fails to pay timely any amount due on the loan; (2) files or has instituted against it or any joint applicant/co-borrower any bankruptcy or insolvency proceedings or make any assignment for the benefit of creditors; (3) commits fraud or makes any material misrepresentation in this Note, the Borrower Agreement or in any other documents, applications or related materials delivered to Lender in connection with its loan, or (4) has breached or otherwise fails to abide by the terms of this Note or the Borrower Agreement. Upon the occurrence of an Event of Default, Lender may exercise all remedies available under applicable law and this Note, including without limitation, accelerate all amounts owed on this Note and demand that Borrower immediately pay such amounts.

Information Furnished to Credit Bureaus. Lender may report information about Borrower's account to credit bureaus. Should there be more than one Borrower, Lender may report that loan account to the credit bureaus in the names of all Borrowers. Late payments, missed payments, or other defaults on an account may be reflected in Borrower's credit report. Borrower agrees to pay all costs of collecting any delinquent payments, including reasonable attorneys' fees, as permitted by applicable law.

Joint and Several Liability. The liability of any joint applicant/co-borrower to repay in full this loan is in addition to and not in lieu of the obligations of the primary Borrower to repay the loan in full. The joint applicant/co-borrower agrees to abide by the terms and conditions of this Note or any other agreements or documents provided or executed as part of the loan application process, as if an original signatory. Lender and its designees, successors, and assigns have sole discretion to proceed against any party responsible under this Note to recover all the amounts due under this Note. Further, Lender and its designees, successors, and assigns can accept instructions from either Borrower or the joint applicant/co-borrower, and can provide any notice or disclosure to either Borrower or the joint applicant/co-borrower, which shall be binding on and deemed simultaneously received by each.

Loan Charges. If a law that applies to the Loan and sets maximum loan charges is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower that exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under this Note or by making a direct payment to Borrower.

Electronic Transactions. BORROWER EXPRESSLY AGREES THAT THE NOTE IS A "TRANSFERABLE RECORD" FOR ALL PURPOSES UNDER THE ELECTRONIC SIGNATURES IN GLOBAL AND NATIONAL COMMERCE ACT AND THE UNIFORM ELECTRONIC TRANSACTIONS ACT.

Registration of Note Owners. Borrower has appointed Lender as its agent (in such capacity, the "**Note Registrar**") for the purpose of maintaining a book-entry system (the "**Register**") for recording the names and addresses of any future owner of beneficial interests in this Note (the "**Note Owners**")

ate Signed: 6/14/2022

and the principal amounts and interest on this Note owing to each pursuant to the terms hereof from time to time. The person or persons identified as the Note Owners in the Register shall be treated as the owner(s) of this Note for purposes of receiving payment of principal and interest on such Note and for all other purposes. With respect to any transfer by a Note Owner of its beneficial interest in this Note, the right to payment of principal and interest on this Note shall not be effective until the transfer is recorded in the Register.

Miscellaneous. Lender may, without notice to Borrower, assign all of its right, title and interest (or any portion thereof) in this Note to any other third party. Borrower understands, acknowledges and agrees that any assignee may sell, assign or transfer the Note and all associated documents and information related to the Note without Borrower's consent or delivery of notice (subject in each case to the registration requirement above). Borrower may not assign this Note without the prior written consent of Lender. This Note inures to the benefit of successors, permitted assigns, heirs and representatives of Borrower and Lender.

Borrower hereby waives demand, notice of non-payment, protest, and all other notices or demands whatsoever, and hereby consents that without notice to and without releasing the liability of any party, the obligations evidenced by this Note may from time to time, in whole or part, be renewed, extended, modified, accelerated, compromised, settled, canceled (as provided for in the Borrower Agreement) or released by Lender.

Borrower shall pay any and all government fees and taxes (including but not limited to stamp and documentary taxes) incurred in connection with the execution of this Note, the Borrower Agreement, or any other documents associated with the loan. Lender may choose, in its sole discretion, to collect from and remit on behalf of Borrower the amount of any such fees and taxes, and to add such amount to the principal balance of the loan. Amounts paid to others on Borrower's behalf in connection with loan origination are shown in the Truth in Lending disclosure corresponding to the loan.

Any changes to this Note must be in writing signed by Borrower and Lender. Notices will be provided electronically to Borrower's account, unless Borrower has opted out of electronic delivery and then will be mailed to the addresses then on record. Notwithstanding the foregoing, Lender may correct any clerical error or omissions in this Note or in any related document. Lender will notify Borrower promptly of any such errors and the correction made promptly upon discovery. Borrower agrees that such correction will be effective as of the original date of this Note. Examples of clerical errors include, but are not limited to, calculation, transcription and printing errors.

This Note is subject to the Arbitration Agreement in the Borrower Agreement between Lender and Borrower. If at any time after the date of this Note, any of the provisions of this Note shall be held by any court of competent jurisdiction or arbitrator to be illegal, void or unenforceable, and that decision is not overturned after any rights to appeal are exhausted, such provision shall be of no force and effect, but the illegality and unenforceability of such provision shall have no effect upon and shall not impair the enforceability of any other provisions of this Note.

Controlling Law. Lender is located in the State of Utah, this Note is executed and delivered in the State of Utah and is a contract made under the law of the State of Utah, and funds are disbursed from the State of Utah. The provisions of this Note will be governed by Federal laws and the laws of the State of Utah to the extent not preempted, without regard to any principle of conflicts of law that would require or permit the application of the laws of any other jurisdiction.

**STATE LAW NOTICES:**

CALIFORNIA RESIDENTS ONLY: A married applicant may apply for a separate account. If Lender takes any adverse action as defined by § 1785.3 of the California Civil Code and the adverse action is based, in whole or in part, on any information contained in a consumer credit report, Borrower has the right to obtain within 60 days a free copy of Borrower's consumer credit report from the consumer reporting agency who furnished the consumer credit report and from any other consumer credit reporting agency that compiles and maintains files on consumers on a nationwide basis.

CALIFORNIA AND UTAH RESIDENTS: As required by California and Utah law, Borrower is hereby notified that a negative credit report reflecting on Borrower's credit record may be submitted to a credit reporting agency if Borrower fails to fulfill the terms of Borrower's credit obligations.

KANSAS: NOTICE TO CONSUMER: 1. Do not sign this Note before you read it. 2. You are entitled to a copy of this Note. 3. You may prepay the unpaid balance at any time without penalty.

MASSACHUSETTS RESIDENTS ONLY: Massachusetts law prohibits discrimination based upon marital status or sexual orientation.

MISSOURI AND NEBRASKA RESIDENTS: ORAL LOAN AGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR TO FORBEAR FROM ENFORCING REPAYMENT OF SUCH DEBT, INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT, ARE NOT ENFORCEABLE. TO PROTECT BORROWER(S) AND THE LENDER AND ANY HOLDER OF THIS NOTE FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENTS WE REACH COVERING SUCH MATTERS ARE CONTAINED IN THIS WRITING, WHICH IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.

NEW JERSEY RESIDENTS: The section headings of the Note are a table of contents and not contract terms. Portions of this Note with references to actions taken to the extent of applicable law apply to acts or practices that New Jersey law permits or requires. In this Note, actions or practices (i) by which Lender is or may be permitted by "applicable law" are permitted by New Jersey law, and (ii) that may be or will be taken by Lender unless prohibited by "applicable law" are permitted by New Jersey law.

NEW YORK, RHODE ISLAND and VERMONT RESIDENTS: Borrower understands and agrees that Lender may obtain a consumer credit report in connection with this application and in connection with any update, renewals for extension of any credit as a result of this application. If Borrower asks, Borrower will be informed whether or not such a report was obtained, and if so, the name and address of the agency that furnished the report. Borrower

also understands and agrees that Lender may obtain a consumer credit report in connection with the review or collection of any loan made to Borrower as a result of this application or for other legitimate purposes related to such loans.

**OHIO** RESIDENTS ONLY: The Ohio laws against discrimination require that all creditors make credit equally available to all credit-worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with the law.

**WASHINGTON** RESIDENTS ONLY: Oral agreements or oral commitments to loan money, extend credit, or to forbear from enforcing repayment of a debt are not enforceable under Washington law.

**WISCONSIN** RESIDENTS ONLY: For married Wisconsin residents, Borrower's signature confirms that this loan obligation is being incurred in the interest of Borrower's marriage or family. No provision of any marital property agreement (pre-marital agreement), unilateral statement under § 766.59 of the Wisconsin statutes or court decree under § 766.70 adversely affects Lender's interest unless, prior to the time that the loan is approved, Lender is furnished with a copy of the marital property agreement, statement, or decree or have actual knowledge of the adverse provision. If this loan for which Borrower is applying is granted, Borrower will notify Lender if Borrower has a spouse who needs to receive notification that credit has been extended to Borrower.

MEMBER ID OF BORROWER & CO-BORROWER (if any) 247318830
BY: LENDINGCLUB BANK, NATIONAL ASSOCIATION
ATTORNEY-IN-FACT FOR BORROWER and CO-BORROWER (if any)
(SIGNED ELECTRONICALLY)



# ATTACHMENT "3"

| LotNo | AcctNo | Name | SSN | Address 1 |
|---|---|---|---|---|
| Lot22-1200 | 8611 | Christopher Lazzaro | 2447 | 1302 Vallejo Street |

| City | State | Zip | Phone 1 | DOB | Email |
|------|-------|-----|---------|-----|-------|
| Santa Rosa | CA | 95404 | 8312412738 | 1984-█████ 00:00:00 | chrisflazzaro@gmail.com |

| Interest Rate | Issued Date | Loan Amt | Loan Term | ChargeOffDate |
|---|---|---|---|---|
| 0.1999 | 2022-06-17 06:21:18 | 4000 | 36 | 2022-11-30 18:21:37 |

| CO_Principal | Interest Balance | Fee Balance | Payoff Amt | MNTH_1 | MNTH_2 |
|---|---|---|---|---|---|
| 4000 | 362.04 | 0 | 4362.04 | 0 | 0 |

# ATTACHMENT "4"

# LIST OF PRIOR POST-CHARGEOFF OWNERS

**Chain of Title for Assigned Claim:**

| Name | Address |
|---|---|
| Lendingclub Bank | 71 Stevenson Street, San Francisco, CA 94105 |
| Accelerated Inventory Management, LLC | 1800 2nd St., Ste. 603, Sarasota, FL 34236 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA
SONOMA JUDICIAL DISTRICT

**STATEMENT OF LOCATION/VENUE**

CASE NAME:  Accelerated Inventory Management, LLC vs. Christopher Lazzaro
CASE NUMBER:

Please check <u>ONE</u> of the following statements to indicate the basis for your filing of the
complaint in this Judicial District and fill in the address.

____1.  Cause of Action arose in this Judicial District.  The address of the cause of action is:

| Street | City | Zip Code |

____2.  Property located in this Judicial District.  The address of this property is:

| Street | City | Zip Code |

____3.  Tort occurred in this Judicial District.  The address of the tort is:

| Street | City | Zip Code |

____4.  Contract entered into or to be performed in this Judicial District.  The address where
contract entered into or to be performed is:

| Street | City | Zip Code |

 X  5.  Defendant resides in this Judicial District. The address of the Defendant is:
     <u>1302 Vallejo Street, Santa Rosa, CA  95404</u>

I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.

Dated:
        December 12, 2024

/s/ RobeRt Kayvon
RobeRt Kayvon                          Digitally signed by RobeRt Ka
                                       DN: o=MJSPC, ou=Legal, uid-
Attorney for Plaintiff                 Date: 12/12/2024 12:46:07 PM

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
**Superior Court of California**
**County of Sonoma**
**12/13/2024 9:43 AM**
**By: Angelina Burningham, Deputy Clerk**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Christopher Lazzaro
DOES 1 TO 5, INCLUSIVE
**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Accelerated Inventory Management, LLC

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

 You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

 There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

 *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

 *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* |
|---|---|
| SUPERIOR COURT OF CALIFORNIA SONOMA COUNTY <br><br> SONOMA COURTHOUSE COURTHOUSE 600 ADMINISTRATION DR. SANTA ROSA, CA 95403 | 24CV07542 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
FLINT C ZIDE, SBN 160369 / DAVID C. MCGAFFEY, SBN 315632 / ROBERT KAYVON, SBN 250283
Scott & Associates, PO Box 115220, Carrollton, TX 75011, Ph: (866) 298-3155, CAFilings@scott-pc.com

| DATE: *(Fecha)* | 12/13/2024 9:43 AM | Clerk, by Robert Oliver *(Secretario)* | , Deputy *(Adjunto)* Angelina Burningham |
|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

**SUMMONS**

S&A 2560124

California Debt Collection License No. 12242-99

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>FLINT C ZIDE, SBN 160369 / DAVID C. MCGAFFEY, SBN 315632 / ROBERT KAYVON, SBN 250283<br>Scott & Associates<br>PO Box 115220, Carrollton, TX 75011<br>TELEPHONE NO.: (866) 298-3155    FAX NO. : (626) 799-8419<br>EMAIL ADDRESS: CAFilings@scott-pc.com<br>ATTORNEY FOR *(Name):* Accelerated Inventory Management, LLC | *FOR COURT USE ONLY*<br><br>**ELECTRONICALLY FILED**<br>**Superior Court of California**<br>**County of Sonoma**<br>**12/13/2024 9:43 AM**<br>By: Angelina Burningham, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
STREET ADDRESS: 600 Administration Dr.
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa. CA 95403
BRANCH NAME: Sonoma Courthouse

CASE NAME: Accelerated Inventory Management, LLC
Christopher Lazzaro

| **CIVIL CASE COVER SHEET** | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $35,000) | ☒ Limited<br>(Amount<br>demanded is<br>$35,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 24CV07542 |
| | | | | JUDGE: |
| | | | | DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☒ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☒ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* 1
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: December 12, 2024

RoBeRt Kayvon
_____
(TYPE OR PRINT NAME)

*RoBeRt Kayvon*
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

Digitally signed by RoBeRt Kayvon
DN: o=MJSPC, ou=Legal, uid=337501252
Date: 12/12/2024 12:46:07 PM

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only. Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET                    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*
**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil harassment)* (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)
**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
  Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner
      Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex case type listed above)* (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

FLINT C ZIDE, SBN 160369
DAVID C. MCGAFFEY, SBN 315632
ROBERT KAYVON, SBN 250283
SCOTT & ASSOCIATES
PO BOX 115220
CARROLLTON, TX 75011
TELEPHONE: (866)298-3155
FACSIMILE: (626)799-8419
ATTORNEYS FOR PLAINTIFF

ELECTRONICALLY FILED
Superior Court of California
County of Sonoma
12/13/2024 9:43 AM
By: Angelina Burningham, Deputy Clerk

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

# SONOMA COURTHOUSE, LIMITED CIVIL CASE

Accelerated Inventory Management, LLC

PLAINTIFF,

VS.

Christopher Lazzaro

DOES 1 TO 5, INCLUSIVE

DEFENDANT(S)

CASE NO.   24CV07542

**DECLARATION IN SUPPORT OF REDUCED FILING FEES**

(Bus. & Prof. Code §6322.1(c)(1)

I, _____RobeRt Kayvon_____, DECLARE:

1. I am one of the attorneys of record for ___Accelerated Inventory Management, LLC___ (hereinafter referred to as "Plaintiff"). I am licensed to practice before all courts of the State of California and this declaration is made of my own knowledge and if sworn as a witness, I would testify thereto.

2. The above-entitled action and attached complaint is a claim for money damages less than or equal to $5,000.00 and therefore, falls within the monetary jurisdiction of the small claims court.

3. Plaintiff is an assignee of the debt/claim for which money is sought, and therefore is prohibited from filing in small claims court pursuant to C.C.P. 116.420.

1   4. For the reasons mentioned herein, Plaintiff, through its counsel of record, respectfully

2      requests a $44.00 reduction in court filing fees pursuant to Business & Professions Code

3      §6322.1(c)(1).

4   I declare under the penalty of perjury under the laws of California that the foregoing is true

5   and correct and if called as a witness I would competently testify, under oath, thereto.

6

7

8   Executed on ___December 12, 2024___ , South Pasadena, Calfornia.

9

10                              /s/   RobeRt Kayvon

11                                        RobeRt Kayvon
                                      Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21   3.

22

23

24

25

26

27

28

S&A 2560124

<table>
<tr><td>

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA**
**CIVIL DIVISION**
600 ADMINISTRATION DRIVE, ROOM 107-J
SANTA ROSA, CALIFORNIA 95403-2878
(707) 521-6500
http://www.sonoma.courts.ca.gov

</td><td>

(FOR COURT USE ONLY)

**ELECTRONICALLY FILED**
**Superior Court of California**
**County of Sonoma**
**12/13/2024 9:43 AM**
By: Angelina Burningham, Deputy Clerk

</td></tr>
</table>

Accelerated Inventory Mngmt LLC<sub>v.</sub>    Lazzaro

| **NOTICE OF ASSIGNMENT TO ONE JUDGE FOR ALL PURPOSES, NOTICE OF CASE MANAGEMENT CONFERENCE, and ORDER TO SHOW CAUSE** | Case number: 24CV07542 |
|---|---|

**A COPY OF THIS NOTICE MUST BE SERVED WITH THE SUMMONS AND COMPLAINT AND WITH ANY CROSS-COMPLAINT**

**1. THIS ACTION IS ASSIGNED TO HON. ___CHRISTOPHER M. HONIGSBERG
FOR ALL PURPOSES.**

Pursuant to California Rules of Court, Rule 2.111(7), the assigned judge's name must appear below the number of the case and the nature of the paper on the first page of each paper presented for filing.

**2. EACH DEFENDANT MUST FILE A WRITTEN RESPONSE TO THE COMPLAINT AS REQUIRED BY THE SUMMONS.**

A Case Management Conference has been set at the time and place indicated below:

| Date: 01/26/2026 | Time: 1:30pm | Courtroom: 17 |
|---|---|---|
| Location: | 3035 CLEVELAND AVE STE 200 SANTA ROSA, CA 95403 | |

3. No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement [Judicial Council form #CM-110] and serve it on all other parties in the case. In lieu of each party's filing a separate case management statement, any two or more parties may file a joint statement.

4. At the conference, counsel for each party and each self-represented party must appear personally or by telephone [California Rules of Court, Rule 3.670(c)(2)]; must be familiar with the case; and must be prepared to discuss and commit to the party's position on the issues listed in California Rules of Court, Rule 3.727.

5. Pre-approved dispositions are recorded three (3) court days prior to the case management conference. These may be obtained by calling (707) 521-6883 or by going to http://sonoma.courts.ca.gov/online-services/tentative-rulings.

**ORDER TO SHOW CAUSE**

To Plaintiff(s), Cross-complainants, and/or their attorneys of record:
If, on the date shown above, you are not in compliance with the requirements stated in the California Rules of Court, rules 2.30, 3.110, and/or 3.720 through 3.771 inclusive, you must then and there show cause why this court should not impose monetary and/or terminating sanctions in this matter.

Pursuant to California Rule of Court, rule 3.221(b), information and forms related to Alternative Dispute Resolution are available on the Court's website at http://www.sonoma.courts.ca.gov/self-help/adr.

CV-1 [Rev. May 17, 2019]     **NTC OF ASSIGNMENT OF 1 JUDGE FOR ALL PURPOSES, NTC OF CMC & OSC**
CRC, Rules 3 110, 3.720-3.730; CCP§§:77.5, 583.410

## ELECTRONIC SERVICE OF DOCUMENTS
### Enabled by Local Rule 18.16

Voluntary e-service is available in Sonoma County.  The Court has pre-approved a Stipulation for cases in which the attorneys or parties choose e-service. A copy of the Stipulation is available under the "Civil" section in the "Division" tab of the Court website: http://www.sonoma.courts.ca.gov.  The advantages of e-service to the parties include:

| | |
|---|---|
| SAVE MONEY | Reduction in costs related to photocopying, retrieving, storing, messenger and postage fees. No special software is needed to use e-service |
| SAVE TIME | Instant service of your documents on all parties |
| SAVE SPACE | With 24/7 internet access to all documents, you do not need to house paper copies |
| GAIN CERTAINTY | Immediate confirmation of service for your records. Documents are not delayed in the mail or blocked by email spam blockers and firewalls |

To take advantage of e-service, select an e-service provider and file the signed Stipulation with the Court. Parties can then e-serve documents through the selected provider. Information about e-service providers is available at the website for the Sonoma County Bar Association: http://www.sonomacountybar.org.  The Court does not endorse one provider over another.

**To learn more about available e-service providers and their fees, please visit their website**

*Note: Hard-copy pleadings are required to be filed with the Court in accordance with applicable provisions of the Code of Civil Procedure, California Rules of Court and local rules. You do not need to provide a courtesy copy of a served document to the specific department in which the matter has been assigned.*

## DISCOVERY FACILITATOR PROGRAM

Effective January 1, 2008, the Sonoma County Superior Court promulgated Sonoma County Local Rule 4.14 which established the Discovery Facilitator Program.  Participation in the Discovery Facilitator Program shall be deemed to satisfy a party's obligation to meet and confer under Sonoma County Local Rule 5.5 and applicable provisions of the Code of Civil Procedure and California Rules of Court. This program has been providing assistance in resolving discovery disputes and reducing the backlog of matters on the law and motion calendars in our civil law departments.  The Sonoma County Superior Court encourages all attorneys and parties to utilize the Discovery Facilitator Program in order to help resolve or reduce the issues in dispute whether or not a discovery motion is filed.

There is a link to Local Rule 4.14 and the list of discovery facilitator volunteers on the official website of the Sonoma County Superior Court at http://www.sonoma.courts.ca.gov.  On the home page, under the "AVAILABLE PROGRAMS & HELP" section, click on »Discovery Facilitator Program.  You can then click on either "Local Rule 4.14" to obtain the language of the local rule, or "List of Facilitators" for a list of the volunteer discovery facilitators and accompanying contact and biographical information.

**Pursuant to Local Rule 5.1.C**:

The moving party shall, on the date of filing, hand-deliver to the Assigned Judge a courtesy copy, which need not be file-endorsed, of any motion filed. The responding party shall, on the date of filing, hand-deliver to the Assigned Judge a courtesy copy, which need not be file-endorsed, of all opposition papers. Finally, the moving party shall, on the date of filing, hand-deliver to the Assigned Judge a courtesy copy, which need not be file-endorsed, of all reply papers.

**Pursuant to Local Rule 5.1.C.1**:

If any matter scheduled on the law and motion calendar is resolved, dismissed, settled or becomes moot for any reason, the moving party shall immediately notify the judicial assistant for the Assigned Judge if the motion is to be dropped from the law and motion calendar. Said notification may be made by telephone, followed by a letter of confirmation.

# Exhibit G

# Exhibit G

# M Gmail

Chris Lazzaro <chrisflazzaro@gmail.com>

---

**Initial Letter**

**Robert Kayvon** <RobertK@scott-pc.com>                                   Tue, Mar 4, 2025 at 3:38 PM
To: Chris Lazzaro <chrisflazzaro@gmail.com>

Hello,

Would you be willing to settle and we dismiss? What would be an amount you could pay in a lump sum or per month? Then we can just be all done at once. Thanks.

Sincerely,

Robert Kayvon, Esq.

Attorney – CA

Scott & Associates

P.O. Box 115220

Carrollton, TX  75011

626-657-6019

**From:** Chris Lazzaro <chrisflazzaro@gmail.com>
**Sent:** Thursday, February 6, 2025 11:00 AM

[Quoted text hidden]

[Quoted text hidden]

 **Gmail**    Chris Lazzaro <chrisflazzaro@gmail.com>

## Initial Letter

**Robert Kayvon** <RobertK@scott-pc.com>    Thu, Mar 13, 2025 at 10:33 AM
To: Chris Lazzaro <chrisflazzaro@gmail.com>

Hello,

A demand letter regarding the balance was sent February 9, 2024. A second letter, in accordance with California Code of Civil Procedure Section 1033 (b) (2) was mailed to you on April 29, 2024. Attached are copies of these letters for reference. No responses were received to those attempts to communicate prior to the lawsuit being filed. The lawsuit was then filed around December 12, 2024.

The court may find you can move the case to arbitration, but I am offering a simpler solution: A 50% reduction in the total balance and it can be paid over 12 months. Then there will be no need for further arbitration or litigation. If you choose to go with arbitration, they will do it if the court mandates it, but additional costs will then be incurred. From there they will not be looking to do a settlement. The client will then seek the full amount due at arbitration which they are entitled to do, post-charge off interest, and any costs/fees we are allowed to seek pursuant to the agreement.

If you agree to those terms please let me know. Thanks.

[Quoted text hidden]

**2 attachments**

📄 **190558611_Lazzaro _Intent to Sue.pdf**
    93K

📄 **190558611_Lazzaro _DML-001GCA (D1).pdf**
    150K

# Exhibit H

# Exhibit H

 Consumer Financial (cfpb.gov/)
Protection Bureau

‹ Back to search results (cfpb.gov/data-research/consumer-complaints/search/?chartType=line&dateInterval=Month&dateRange=3y&date_received_max=2025-04-08&date_re
What do all these data points mean? (cfpb.gov/complaint/data-use/)

# 9397075

**Date CFPB received the complaint**
7/1/2024

**Consumer's state**
CA

**Consumer's zip**
94546

**Submitted via**
Web

**Did consumer dispute the response?**
N/A

**Product**
Debt collection
**Sub-product:** Payday loan debt

**Issue**
Written notification about debt
**Sub-issue:** Didn't receive notice of right to dispute

**Consumer consent to publish narrative**
✔ Consent provided

**Consumer complaint narrative**
Scott & Associates has filed unsubstantiated lawsuit on behalf of client XXXX XXXX XXXX XXXX ( XXXX XXXX ) as an attempt to collect an alleged debt. I have never received any debt validation request or any notification this information was legally acquired from their client. In fact, this exact alleged debt was previously disputed directly with another debt collection company and subsequently removed from consumer reporting agencies and my information from that company files ( screenshot attached of account prior to removal ). How, when and why XXXX XXXX has received any personal information of mine is unbeknownst to me and the legality of that acquisition is in question. This attempt to collect unvalidated, unsubstantiated debt by way of legal proceeding is a direct violation of 15 U.S. Code 1692g a & d.

## Company information

**Date complaint sent to company**
7/1/2024

**Company name**
Law Office of Michael J. Scott, PC

**Timely response?**
⊙ Yes

**Company response to consumer**
Closed with explanation

**Company public response**
N/A

 (cfpb.gov/)

⟨ Back to search results (cfpb.gov/data-research/consumer-complaints/search/?chartType=line&dateInterval=Month&dateRange=3y&date_received_max=2025-04-08&date_re
What do all these data points mean? (cfpb.gov/complaint/data-use/)

# 8903439

**Date CFPB received the complaint**
5/1/2024

**Consumer's state**
TX

**Consumer's zip**
77038

**Submitted via**
Web

**Tags**
Servicemember

**Did consumer dispute the response?**
N/A

**Product**
Debt collection
**Sub-product:** Credit card debt

**Issue**
Written notification about debt
**Sub-issue:** Didn't receive enough information to verify debt

**Consumer consent to publish narrative**
✓ Consent provided

**Consumer complaint narrative**
I have received " this is a notice to collect a debt " in regard to XXXX XXXX XXXX XXXX, informing I have/had debt with them. I requested documentation per 15 U.S Code 1681b, in which I have NEVER received any information or communication from them. I have received a judgment from Scott & Associates informing garnishment of wages, on behalf of XXXX XXXX XXXX, whom also did not send or notify me of any alleged debt. NO ONE of 4 parties, including a company of XXXX XXXX XXXX XXXX who also did not send documentation upon request. This alleged debt seems to have gone through several agencies without my knowledge from the original creditor XXXX XXXX XXXX XXXX, and now Scott & Associates are trying to collect and sue me for something I have no knowing of. Scott & Associates is also trying to collect debt on an account with XXXX, which was possibly sold to XXXX XXXX XXXX XXXX XXXX in which I had no knowing of either. XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX Please be mindful, 15 U.S. Code 1692g-Validation of debts and 15 U.S. Code 1692e-False or misleading representations. The following bureaus XXXX, XXXX, and XXXX are also in violation of my rights due to furnishing such information upon not verifying in due of the proper channels and procedures. 15 U.S. Code 1681i ( 5 ) Treatment of inaccurate or unverifiable information ( a ) and 15 U.S. Code 1681e ( b ) accuracy of report. All parties will be mentioned in regard to the appropriate account number/info I have thus far. Upon listed on my credit report.

## Company information

**Date complaint sent to company**
5/1/2024

**Company name**
Law Office of Michael J. Scott, PC

**Timely response?**
⊘ Yes

**Company response to consumer**
Closed with explanation

**Company public response**
N/A