Christopher Lazzaro
1302 Vallejo Street
Santa Rosa, CA 95404
Telephone: (831) 241-2738
Email: chrisflazzaro@gmail.com
Plaintiff, Pro Se

FILED
APR 23 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER LAZZARO, <br><br> Plaintiff, <br><br> vs. <br><br> ACCELERATED INVENTORY MANAGEMENT, LLC, <br><br> SCOTT & ASSOCIATES, P.C., and <br><br> ROBERT KAYVON II <br><br> Defendants | CASE NO. CV25 3566 CRB <br><br> **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

COMES NOW Plaintiff Christopher Lazzaro, proceeding pro se, and respectfully submits to this Honorable Court Plaintiff's Certification of Conflicts and Interested Entities or Persons pursuant to Civil Local Rule 3-15.

Certification of Conflicts and Interested Entities or Persons

1

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed corporation has a non-financial interest in the subject matter in controversy that could be substantially affected by the outcome of this proceeding:

(a) LendingClub Corporation, a Delaware corporation headquartered in San Francisco, California, is the original lender of the alleged debt in question, whose Borrower Agreement (Exhibit A) still governs said debt. The outcome may impact the enforceability of LendingClub's Borrower Agreement, including its Arbitration Agreement, as well as its debt-related practices..

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there are no other conflicts or interests (other than the named parties and LendingClub Corporation) to report.

_____
Christopher Lazzaro

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed On: April 23, 2025

CHRISTOPHER LAZZARO
1302 Vallejo Street
Santa Rosa, CA 95404
Telephone: (831) 241-2738
Email: chrisflazzaro@gmail.com
Plaintiff, Pro Se

Certification of Conflicts and Interested Entities or Persons
2