UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER LAZZARO,<br><br>   Plaintiff,<br><br>  vs.<br><br>ACCELERATED INVENTORY<br>MANAGEMENT, LLC;<br>SCOTT & ASSOCIATES, P.C., and<br>ROBERT KAYVON II<br><br>   Defendants. | Case No. 3:25-cv-03566-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SCOTT & ASSOCIATES, PC'S MOTION TO DISMISS**<br><br> Date: July 11, 2025<br> Time: 10:00 a.m.<br> Courtroom: 6, 17th Floor<br> Judge: Hon. Charles R. Breyer |

///

///

///

-1-

## [PROPOSED] ORDER GRANTING DEFENDANT
## SCOTT & ASSOCIATES, PC'S MOTION TO DISMISS

Upon consideration of Defendant Scott & Associates, PC's Motion to Dismiss ("Motion"), and the papers submitted in support of and in opposition to the Motion, it is hereby:

**ORDERED** that Defendant Scott & Associates, PC's Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff Christopher Lazzaro's Complaint is DISMISSED WITH PREJUDICE as to Defendant Scott & Associates, PC.

**IT IS SO ORDERED.**

Dated:

_____
**HON. CHARLES R. BREYER**
**UNITED STATES DISTRICT JUDGE**