**BARKES LAW APC**
R. Paul Barkes (SBN: 190553)
paul.barkes@barkeslaw.com
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Telephone: (818) 912-9146

*Attorney for Defendant*
*Accelerated Inventory Management, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER LAZZARO**, <br><br> Plaintiff, <br><br> v. <br><br> **ACCELERATED INVENTORY MANAGEMENT, LLC, et al.**, <br><br> Defendants. | **Case No. 3:25-cv-03566-CRB** <br><br> **DEFENDANT ACCELERATED INVENTORY MANAGEMENT, LLC'S RULE 7.1 DISCLOSURE AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15** |

1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Accelerated Inventory Management, LLC ("Defendant"), by and through its counsel of record, certifies that Defendant is owned by CHESA Holdings, LLC, and no publicly held corporation owns more than 10% of the stock of Defendant.

Pursuant to Civil L.R. 3-15, Defendant certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Dated: May 16, 2025                                    Respectfully Submitted,

                                                       BARKES LAW APC

                                                       By: */s/ R. Paul Barkes*
                                                       R. Paul Barkes

                                                       *Attorneys for Defendant Accelerated Inventory Management, LLC*

DEFENDANT ACCELERATED INVENTORY MANAGEMENT, LLC'S                     Case No. 3:25-cv-03566-CRB
RULE 7.1 DISCLOSURE AND CERTIFICATION PURSUANT TO
LOCAL RULE 3-15