AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV25 3566 CRB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ROBERT KAYVON**
was received by me on *(date)* 04/25/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Alternative Service Granted - Service via Email and via Certified Mail -
Service by Certified Mail completed #9589071052701796803261 05/16/2025 at 12:39 pm
Service by Email completed on 05/16/2025 at 1:39 pm
(SEE ATTACHMENTS)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/16/2025

*Server's signature*

**PAUL CAZALET, P.I.    St.Lic.#PI16819**
*Printed name and title*

**2470 STEARNS ST #219
SIMI VALLEY, CA 93063**
(818) 310-6711   *Server's address*

Additional information regarding attempted service, etc:

**NUMEROUS PRIOR ATTEMPTS -**