```
         UNITED STATES
         POSTAL SERVICE.

         CIVIC CENTER VAN NUYS
         6531 VAN NUYS BLVD
         VAN NUYS, CA 91401-9998
                www.usps.com
05/16/2025                      12:39 PM
------------------------------------------
              TRACKING NUMBERS
         9589 0710 5270 1796 8032 61
------------------------------------------
         TRACK STATUS OF ITEMS WITH THIS CODE
                (UP TO 25 ITEMS)
```



```
         TRACK STATUS BY TEXT MESSAGE
         Send tracking number to 28777 (2USPS)
         Standard message and data rates may apply
------------------------------------------
              TRACK STATUS ONLINE
         Visit https://www.usps.com/tracking
         Text and e-mail alerts available
------------------------------------------
              PURCHASE DETAILS

Product             Qty    Unit      Price
                           Price
------------------------------------------
Mailer 10.5 x 16    1      $1.69     $1.69

Priority Mail®      1                $10.50
  Los Angeles, CA 90026
  Weight: 1 lb 3.70 oz
  Expected Delivery Date
  Mon 05/19/2025
  Insurance                          $0.00
    Up to $100.00 included
  Certified Mail®                    $4.85
    Tracking #:
      9589 0710 5270 1796 8032 61
  Return Receipt                     $4.10
    Tracking #:
      9590 9402 9355 5002 3739 90
Total                                $19.45
------------------------------------------
Grand Total:                         $21.14
------------------------------------------
Debit Card Remit                     $21.14
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX7082
  Approval #: 29J6H3
  Transaction #: 775
  Receipt #: 057607
  Debit Card Purchase: $21.14
  AID: A0000000042203         Chip
  AL: US DEBIT
  PIN: Verified
------------------------------------------
         TO FILE AN INSURANCE CLAIM
  Visit https://www.usps.com/help/claims.htm
         If unable to file online, call
         1-800-332-0317 for a paper form

         PREVIEW YOUR MAIL AND PACKAGES
              Sign up for FREE at
         https://informeddelivery.usps.com

         All sales final on stamps and postage.
         Refunds for guaranteed services only.
              Thank you for your business.
```



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Los Angeles, CA 90026       OFFICIAL USE

Certified Mail Fee  $4.85                           0401
$                                $4.10                 1
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ $0.00         Postmark
☐ Certified Mail Restricted Delivery $ $0.00       Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage      $10.50
$
Total Postage and Fees
$ 19.45
Sent To  RoBERT KAYVON
Street and Apt. No., or PO Box No.
  MOLPARK AV #315
City, State, ZIP+4®
  LOS ANGELES CA 90026

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1796 8032 61

Postmark: 05/16/2025 CIVIC CENTER VAN NUYS