ALERT: SEVERE WEATHER MOVING FROM THE CENTRAL U.S. THROUGH THE EASTERN U.S. AND THE GREAT LA…

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701796803261

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:16 pm on May 17, 2025 in LOS ANGELES, CA 90026.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
LOS ANGELES, CA 90026
May 17, 2025, 1:16 pm

**Out for Delivery**
LOS ANGELES, CA 90026
May 17, 2025, 6:25 am

**Arrived at Post Office**
LOS ANGELES, CA 90026
May 17, 2025, 6:14 am

**Arrived at USPS Facility**
LOS ANGELES, CA 90026
May 17, 2025, 5:54 am

**Departed USPS Regional Facility**
LOS ANGELES CA DISTRIBUTION CENTER
May 17, 2025, 5:23 am

**Arrived at USPS Regional Facility**
LOS ANGELES CA DISTRIBUTION CENTER
May 17, 2025, 3:00 am

**Departed USPS Regional Facility**
SANTA CLARITA CA DISTRIBUTION CENTER
May 17, 2025, 1:07 am

Feedback

- **Arrived at USPS Regional Origin Facility**
  SANTA CLARITA CA DISTRIBUTION CENTER
  May 16, 2025, 10:46 pm

- **Departed Post Office**
  VAN NUYS, CA 91401
  May 16, 2025, 7:35 pm

- **USPS in possession of item**
  VAN NUYS, CA 91401
  May 16, 2025, 12:38 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs