Outlook

**Alternative Service Notice - Legal Process**

From  mail pmcps.com <mail@pmcps.com>
Date  Fri 5/16/2025 1:39 PM
To  ROBERTk@scott-pc.com <ROBERTk@scott-pc.com>
Bcc  Chris Lazzaro <chrisflazzaro@gmail.com>

📎 1 attachment (14 MB)
Kayvon Complete.pdf;

Robert Kayvon

Re:  Alternative Service Notice - Legal Process on Robert Kayvon

On  05/16/2025 a Certified Letter containing the following was sent via Certified Mail # 9589071052701796803261

- Order granting Alternative Service
- Summons in a civil action
- Complaint (3:25-CV-03566-CRB) with exhibits
- Order setting initial case management conference and ADR deadlines
- Standing Order...
- General Standing Order...
- Waiver of Service...
- Consent or declination to Magistrate...

This form also has attached the identical forms which have been mailed.



# NOTICE

## YOU ARE BEING SUED

A PROOF OF SERVICE WILL BE FILED IMMEDIATELY