Chris Lazzaro <chrisflazzaro@gmail.com>

**Alternative Service Notice - Legal Process**
1 message

mail pmcps.com <mail@pmcps.com>  Fri, May 16, 2025 at 1:39 PM
To: "ROBERTk@scott-pc.com" <ROBERTk@scott-pc.com>

Robert Kayvon

Re: Alternative Service Notice - Legal Process on Robert Kayvon

On 05/16/2025 a Certified Letter containing the following
was sent via Certified Mail # 9589071052701796803261

- Order granting Alternative Service
- Summons in a civil action
-Complaint (3:25-CV-03566-CRB) with exhibits
- Order setting initial case management conference and ADR deadlines
- Standing Order...
- General Standing Order...
- Waiver of Service...
- Consent or declination to Magistrate...

This form also has attached the identical forms which have been mailed.

# NOTICE

## YOU ARE BEING SUED

A PROOF OF SERVICE WILL BE FILED IMMEDIATELY

 **Kayvon Complete.pdf**
13923K