## Original Message

| | |
|---|---|
| Message ID | <SA1PR19MB6647D876CCD9D456FE653B5FC193A@SA1PR19MB6647.namprd19.prod.outlook.com> |
| Created at: | Fri, May 16, 2025 at 1:39 PM (Delivered after 13 seconds) |
| From: | "mail pmcps.com" <mail@pmcps.com> |
| To: | "ROBERTk@scott-pc.com" <ROBERTk@scott-pc.com> |
| Subject: | Alternative Service Notice - Legal Process |
| SPF: | PASS with IP 2a01:111:f403:2412:0:0:0:720  Learn more |
| DMARC: | 'FAIL'  Learn more |

Download Original                                    Copy to clipboard

```
Delivered-To: chrisflazzaro@gmail.com
Received: by 2002:a05:6f02:c3a4:b0:84:d9c2:beba with SMTP id b36csp2750136rcd;
        Fri, 16 May 2025 13:40:00 -0700 (PDT)
X-Forwarded-Encrypted: i=3;
AJvYcCUBbcg9xgcNCJn9Et8a5Y1mxzhqFbb49hM7mZHIl5d1YH+hKt3wMDl/Fb+5Sl35op9J9IX54l0Ixm
RmldzH@gmail.com
X-Google-Smtp-Source:
AGHT+IG2/zShR6bJhAUm4CDLAI+oy2QxT/6htNo8RqGqohEfGHt4zIA2SclZm9fcaUChMFMm3/0l
X-Received: by 2002:a05:6602:720e:b0:85b:3a51:2923 with SMTP id ca18e2360f4ac-
86a2329f042mr738035839f.14.1747427998260;
        Fri, 16 May 2025 13:39:58 -0700 (PDT)
ARC-Seal: i=2; a=rsa-sha256; t=1747427997; cv=pass;
        d=google.com; s=arc-20240605;
        b=Ixwsdb0o8oQ78QBl9SBJKPdJtzbPIlrxo/OzJ/K5slZK9N76IFXbLq7m6+gs8qWjhm
         BEJZr6QpXReAK9deOt4fy2FCRXSeJvXzX1G1ahbC1qL/5pmTM9xqarKlXWc41Cfgr5L4
         enr2GXoR49NfiOSrbGNcrIfh3lMq3Zg8qFzZ2vrENUflI4zqaX4H4SJBQ++BnFwUCiMI
         hWkwfqdS0YQu3/70/X5XkGDg0XrM+T760GA0EdF1COCIx55uj5nzQNZoAwbelDR5mdl0
         s+8C7NSlCa5PxXOkL+xsKRyiVb64sxK3amQ1w+CGk5E3P/JlfHkNXdQ7OdE5exUGkg9L
         cWZg==
ARC-Message-Signature: i=2; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-
20240605;
        h=mime-version:msip_labels:content-language:accept-language
         :message-id:date:thread-index:thread-topic:subject:to:from;
        bh=j7MD3iqWARV4+w1IFwjjFpO7YA/Li3FhjWxcEzFyLZc=;
        fh=2X9JdvO6ivBi43XNwAERS6apN1cvHxf4TCUmYG0mOz4=;
        b=QY3VJF+9Ab4ByCG8uMPuhi7CTiAVSWABEmz4KD+94eMT9Rp5PQKof1EOZ+HfE4KV9q
         J/ByGhiJymZa6JugVkXOOVQL6jjfqEk/YRWJqU84a+M3eLlioGMGJncOUBGpJfPXr3Zn
         zB+T04vtH40BoNyYulys3IaT9c4ZHuL+r5ZUM+JF2ljGh+1uDxQnhPuiDDKOZ+kPreLc
         tMWhols8/ApMd/OV3HV0fewKGxzx6rmQB6zgPJVwe7BzrG0py81sRZYdIZQbjrDoiVGZ
         CTT9WnmjFEIx3TnSG6LloN8M9SI+vHNB7ea+hx0Og8xRRC4NGzjKTQ9inIr4HiKWHu1V
         nP/Q==;
        dara=google.com
ARC-Authentication-Results: i=2; mx.google.com;
```

```
        arc=pass (i=1 spf=pass spfdomain=pmcps.com dkim=pass dkdomain=pmcps.com
dmarc=pass fromdomain=pmcps.com);
        spf=pass (google.com: domain of mail@pmcps.com designates
2a01:111:f403:2412::720 as permitted sender) smtp.mailfrom=mail@pmcps.com
Return-Path: <mail@pmcps.com>
Received: from NAM10-MW2-obe.outbound.protection.outlook.com (mail-
mw2nam10on20720.outbound.protection.outlook.com. [2a01:111:f403:2412::720])
        by mx.google.com with ESMTPS id ca18e2360f4ac-
86a23738e30si343683439f.114.2025.05.16.13.39.56
        for <chrisflazzaro@gmail.com>
        (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);
        Fri, 16 May 2025 13:39:57 -0700 (PDT)
Received-SPF: pass (google.com: domain of mail@pmcps.com designates
2a01:111:f403:2412::720 as permitted sender) client-ip=2a01:111:f403:2412::720;
Authentication-Results: mx.google.com;
        arc=pass (i=1 spf=pass spfdomain=pmcps.com dkim=pass dkdomain=pmcps.com
dmarc=pass fromdomain=pmcps.com);
        spf=pass (google.com: domain of mail@pmcps.com designates
2a01:111:f403:2412::720 as permitted sender) smtp.mailfrom=mail@pmcps.com
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;
b=ied+sEFkWBsa1QMuLmFVU/0lWvOIgGtiEHlwXNwjBaANcA2BWt1xLubBY1a59dqxpcHkR79GnA7S+gNZ
2kxhj1sDF211qUpyVqRcBhSnp9/clOUbjsO7FQVqYHtTSxemVXF4zw9gCPqZ0SITnmALfp16ozVJtg9xcF
JlR3O48FtD1PY4p8dLGdbZhd9/S8PjrZYXJ5xNdB3peuiBOHHHJLIzqgg/da+t9vBLOb1GMUhweQXPzb9j
9McysL85ObUQhzosqsthZZi1cOLsMZhrom+paPrF7bJUShLzyiBzStVvsC/SdXg9e5Zg9MEwW/cYCFyzPT
ec3xDfLxhIPf7kuQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
s=arcselector10001; h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-
Exchange-AntiSpam-MessageData-ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-
MS-Exchange-AntiSpam-MessageData-1;
bh=j7MD3iqWARV4+w1IFwjjFpO7YA/Li3FhjWxcEzFyLZc=;
b=OB6clayDtOco/e3tZpUgAtA/furCh7TjFtUmc9yTd9B2RMKdNQDxU3prmLuIIMTj6kQlileBTPX6/Wn/
ie9ccYV6kgw7LjmVyz/FKEjg/dhp3L93AxoYt4XtrK4jQGJJzatI6dFG3mx8dtMXP35zudBklwA360oPo3
/m1ELISUxF8QcCkFiAFljrxjZmKO3zplcDQ5T8z+ZKY9iFQM2R5A17+sCw3lEGdYHNdi4E2E/SuuBsD2dL
aJFb4rHIGvuZP/p4EYjY0GRphHn6mJYf34Us6ZnAmW2AybPIwRyhGkEj4AKjtW8qbp2SQqKrpkvss6Vikj
xXn2TK+INHInRR9g==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
smtp.mailfrom=pmcps.com; dmarc=pass action=none header.from=pmcps.com; dkim=pass
header.d=pmcps.com; arc=none
Received: from SA1PR19MB6647.namprd19.prod.outlook.com (2603:10b6:806:25a::7) by
SJ0PR19MB4510.namprd19.prod.outlook.com (2603:10b6:a03:279::18) with Microsoft
SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
15.20.8722.33; Fri, 16 May 2025 20:39:45 +0000
Received: from SA1PR19MB6647.namprd19.prod.outlook.com
([fe80::a78d:b275:36d:e4a2]) by SA1PR19MB6647.namprd19.prod.outlook.com
([fe80::a78d:b275:36d:e4a2%4]) with mapi id 15.20.8722.031; Fri, 16 May 2025
20:39:45 +0000
From: "mail pmcps.com" <mail@pmcps.com>
To: "ROBERTk@scott-pc.com" <ROBERTk@scott-pc.com>
Subject: Alternative Service Notice - Legal Process
Thread-Topic: Alternative Service Notice - Legal Process
Thread-Index: AQHbxp4C25GJ4EgahUCu28118dquiw==
Date: Fri, 16 May 2025 20:39:44 +0000
Message-ID:
<SA1PR19MB6647D876CCD9D456FE653B5FC193A@SA1PR19MB6647.namprd19.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
msip_labels:
authentication-results: dkim=none (message not signed) header.d=none;dmarc=none
action=none header.from=pmcps.com;
x-ms-publictraffictype: Email
x-ms-traffictypediagnostic: SA1PR19MB6647:EE_|SJ0PR19MB4510:EE_
x-ms-office365-filtering-correlation-id: 28f9a4ea-16a8-4872-dc84-08dd94b9caa6
x-ms-exchange-senderadcheck: 1
x-ms-exchange-antispam-relay: 0
x-microsoft-antispam:
```

BCL:0;ARA:13230040|376014|1800799024|366016|8096899003|38070700018|4053099003|7055299006;
x-microsoft-antispam-message-info: CsFNBYUWEpnqFbCYj2LQXDomUlhqu9wifORXB9G+szkYWnuPIRSw8o0frcqW08jQup4hp9fF7XVRRQc5ByzGyoqtaUvP0hTvprcFbjl4mv4kr69tJbtogEXoDrWew4wBXDDz0SMHWDEdDKxvoNMD3qTl9TCPM4NyUIxQghI2WAOXg1hzCJjS4TfCRngAMlU4EVq2nD0AxnWaZOG2D+o9BDs4qoIUbKNsawssHgF0SOK1wyR0uwZSf9cBOt2WBD4I4vJP8IZaqQiS+GjC4MhsCav6KNuHgzTDj0KiUCaCCHUEK/tDndEbG6yscN803nm0hIVwwzh61N5xIeRASh1R4r4dFsjjhfPxEE++BtVISpZxB2ijGgCo3JHxANu3ydieoA35g3Xgr+MNLdXbff1ftPbrr+Jm/X/WuVrhHm8FTt1AC7HS2Ci4TkWcvpBzY4xfd38BpxP+rPqpwul7Wp13n5qVbrtg58e+yxm2mjDMiS79FykWLf5nwDO+aczWefD0WJLVDtMxFFpYDBgGNJZMj/kWsi2mQtEwUoPuubtW8abBMwnVUW/UEmcVrOKsrH69MH30USBJEfsceMjK/30RfWWmgNFrfR4xEG04s2qQ4B/TBB2oj4t/qunnC5UWpFbj89JwWg5FRqP0hUyowPIQEdHddVjuONTT0bqpTNA0WcRdebL7AiLtbIN2q2v3rjwTd9BXgx7EsFcJBZucRAWjL9pUSPmluRFB7TUFB7ladOovUgYzlFP7/kyk9YmBxBNovrNZNOzsxP2Q4y8wtg1Kn9nwZh2VELvENP348QVy0ixGQ6QWIYfqYu7CRJ//x+kEkV3apXAv0tqEkfxTK7KW2QZlWoE8pm5lojEKjyKYElKf7C4lERCPGlaoKFIQKoJEoruVBrdAypc6laYkkH/JHsGiBmlqtmKLCDKR8zrB8wcKVUmzYlVKxnGjPeMfO1XjUPmX2L2jD38fsLrcTX8XcWm8i/ASa2I/lUHc3LEhhy6qyOSYAu/8H81mxb51NMSno4ImXEMg/atOq0TdZu7eI+mPKuQ9/yjjzIhlKk7wjiCC8e7qBCHAVKGMzJ2tOCGNDQEGFuVKaBY6K8LeQS4g1LZHc7PJSM4Bf/95F4dWOfrtCWlz4mETZeEUY76VAg29NTRqUHHw9zgKl4lirBtQ9SBmS9GiZmsZlpv4HzS12xRRHJMdgqTu8UYNaSPkmnOg/U1ihjpdrANN8WtBmoHTXk4/2jGr7lgF1EjIdl8QztNyTMXIeRjx5lW6WYOf3cmPRf0dieMeqNlj7Ety0NAJA+yE92K/CgHOQwob5nApFB2rLVtawIdIdmPHYQFDRnkJ8PXFTf94WE+VoyjRVw+yg7T0P1sEN9dAfNliUho7Cmjq+IKmk5jkOS9KB1668R2TdK2rSFulU6+LlOMOj+F94A==
x-forefront-antispam-report: CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:SA1PR19MB6647.namprd19.prod.outlook.com;PTR:;CAT:NONE;SFS:(13230040)(376014)(1800799024)(366016)(8096899003)(38070700018)(4053099003)(7055299006);DIR:OUT;SFP:1102;
x-ms-exchange-antispam-messagedata-chunkcount: 1
x-ms-exchange-antispam-messagedata-0: y1CWEFexPkvYI165Eg2i6T4GNHNr+dZqJ8QfqY3tkD9xMEEWmAm+0WJNo/t2Z0WBdWRXiYfM5zq9SYLo7uDdoEZypnzgHZNJYIMPu1k1c+IVnnh8lpNyHx8VYTBNjxdGYD/lvw4aPsJauNyYNiZ7QFb4x5WrmuY5dpFt02320Vjo36QdaEnmuMQxwWVVhihZ97RszLAOciDcWQo/YUKKCabYkBksDoeOWQpPTk2AAccMrxeqriQwC+tYydfgeDh0Vsi4tV5GnRA9Wg7w3VhWTxG/RHNxOd/KbE34WHhXcwOQeJJroDXK6F31Gedp3HLPZrRtwXQAkBWlh3j+3uv9N2SKgPeLHA33rOeMqDQKu/Mi/yPlx7VGsdgj2Z/xP/ffH8sMQCaqdfiAMdqrHXrcxtDBQzHGode5fnRHKt46Xcfxo5DlYr15Pt5zjD/gc44c+/qvRz65aN/qaTI8DhWlx6DWz1GwQQrTjRZXRWzOGuM64GlZaqSvHux5Xen3kdJbou6HJNR+TDihiTeL9+LADjlaIOCgEHCL7ACBl8eioGFtOO2fltLtQMDxuyKo8lnxOKUdwz2vKWFR+2/TVUAgtwngvNpa9snt4Sd0YmTD5Cu5mYCIpANaBOpfiAqs1JGIkJvjvhDAtBDttsiSHcGST8Zv2lT+sq2fUtRZ8MJUz6jXuZPvqAsCGKELzg52gfoba2ldWIkyRwf4XRg8FcWiMwFVGVXjkFGh9ngXo1AaZvfH2j3dYx1Ntbyrll9YQ2jkRTZYQWiuNI6TNECs72pZXIRjzNab6gXtMLV3BDCjdwrAmOkHEhbZGJqdZqNJWDjNwG5qXWKVXvpw4YeqwmaNvyD4sjdVryOCaQcIygRMdrjHiZT1gJrGdJDYySkjFYsSom41DKTfWZpgxZ4LXvBKKFaE7r04THbfD8FnTSs5IVKpfKL9kKhaPe4k56C7rmkbvQzveNSeEAW3ilBd2hWPc3sUmBAuA3QUGVahxKTWpX/A7YQabyAggE/w/a5/PL0OWsry+XgGxEsnPjsf1YOeHOx9j9koUbNPM5IZQzap7vfs/p1pv4U5Mw4E5HzvDk6iA8ZnMNo9CbnBke39RgnCRQdDt9YRG8rwv+AuhlWUWoITp4QsMfv5mtevltbZiLUS/9iPKrgEkk18O9YVBUol/AVKx6iXq6NR3nZJEhsNNXAbbjsW9oDt1mIsqivh414YNvTMqPX1ROUKwtJrdlEs7zOe5soZanslM4q5h1jlJ7YF1wIKMirsqzoiajr6lvrZFyrA0yuRIvDWtQR2iWXCHwGeRihx6nX9eH12bE3HHs9u34irLwQLxKc9rS6oKb9k8TpRO/+YsR97k8VKYpZZsucev7vwqXBlbJBaYNA8aMJVc4HdBT4j9ZOou/PbC61nfSdYK3pYyPe+6UBJNKkasVp0aWLNzXU6hZ4/bbRTCMpwBlt8FwEx6fGXiM6ubkg3l+Pg68F2/AXaXLEmm2sBgkcqF4uM1EEheTsflaepSDW4AicD95LMYPhfTxWajOzfUG/NR3vC/o8TvBJY1WEGJODd5ZzbVleUsgm/PMz+3RE=
Content-Type: multipart/mixed; boundary="_004_SA1PR19MB6647D876CCD9D456FE653B5FC193ASA1PR19MB6647namp_"
MIME-Version: 1.0
X-OriginatorOrg: pmcps.com
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: SA1PR19MB6647.namprd19.prod.outlook.com
X-MS-Exchange-CrossTenant-Network-Message-Id: 28f9a4ea-16a8-4872-dc84-08dd94b9caa6
X-MS-Exchange-CrossTenant-originalarrivaltime: 16 May 2025 20:39:44.6187 (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: 79ef7f5f-7b83-40d1-85f7-e3005751878a
X-MS-Exchange-CrossTenant-mailboxtype: HOSTED
X-MS-Exchange-CrossTenant-userprincipalname: 6/sUaJM3wC+vqTRg6TXlhEI3sZZhbdxjWrEQ9ypGccsH8g780lIQFc1LihSNPozd
X-MS-Exchange-Transport-CrossTenantHeadersStamped: SJ0PR19MB4510

--_004_SA1PR19MB6647D876CCD9D456FE653B5FC193ASA1PR19MB6647namp_
Content-Type: multipart/alternative; boundary="_000_SA1PR19MB6647D876CCD9D456FE653B5FC193ASA1PR19MB6647namp_"

--_000_SA1PR19MB6647D876CCD9D456FE653B5FC193ASA1PR19MB6647namp_

```
Content-Type: text/plain; charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

Robert Kayvon

Re:  Alternative Service Notice - Legal Process on Robert Kayvon

On  05/16/2025 a Certified Letter containing the following
was sent via Certified Mail # 9589071052701796803261

- Order granting Alternative Service
- Summons in a civil action
-Complaint (3:25-CV-03566-CRB) with exhibits
- Order setting initial case management conference and ADR deadlines
- Standing Order...
- General Standing Order...
- Waiver of Service...
- Consent or declination to Magistrate...

This form also has attached the identical forms which have been mailed.

              NOTICE

              YOU ARE BEING SUED

         A PROOF OF SERVICE WILL BE FILED IMMEDIATELY


--_000_SA1PR19MB6647D876CCD9D456FE653B5FC193ASA1PR19MB6647namp_
Content-Type: text/html; charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

<html>
<head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Diso-8859-=
1">
<style type=3D"text/css" style=3D"display:none;"> P {margin-top:0;margin-bo=
ttom:0;} </style>
</head>
<body dir=3D"ltr">
<div class=3D"elementToProof" style=3D"font-family: Aptos, Aptos_EmbeddedFo=
nt, Aptos_MSFontService, Calibri, Helvetica, sans-serif; font-size: 12pt; c=
olor: rgb(0, 0, 0);">
Robert Kayvon</div>
<div class=3D"elementToProof" style=3D"font-family: Aptos, Aptos_EmbeddedFo=
nt, Aptos_MSFontService, Calibri, Helvetica, sans-serif; font-size: 12pt; c=
olor: rgb(0, 0, 0);">
<br>
</div>
<div class=3D"elementToProof" style=3D"font-family: Aptos, Aptos_EmbeddedFo=
nt, Aptos_MSFontService, Calibri, Helvetica, sans-serif; font-size: 12pt; c=
olor: rgb(0, 0, 0);">
Re:  Alternative Service Notice - Legal Process on Robert Kayvon =
</div>
<div class=3D"elementToProof" style=3D"font-family: Aptos, Aptos_EmbeddedFo=
nt, Aptos_MSFontService, Calibri, Helvetica, sans-serif; font-size: 12pt; c=
olor: rgb(0, 0, 0);">
<br>
</div>
<div class=3D"elementToProof" style=3D"font-family: Aptos, Aptos_EmbeddedFo=
nt, Aptos_MSFontService, Calibri, Helvetica, sans-serif; color: rgb(0, 0, 0=
);">
<span style=3D"font-size: 12pt;">On  05/16/2025 a Certified Letter con=
taining the following <br>
was sent via Certified Mail # 9589071052701796803261<br>
<br>
- Order granting Alternative Service<br>
```

```
- Summons in a civil action<br>
-Complaint (3:25-CV-03566-CRB) with exhibits<br>
- Order setting initial case management conference and ADR deadlines<br>
- Standing Order...<br>
- General Standing Order...<br>
- Waiver of Service...<br>
- Consent or declination to Magistrate...<br>
<br>
This form also has attached the identical forms which have been mailed.<br>
</span><span style=3D"font-size: 18pt;"><b><br>
</b></span></div>
<div class=3D"elementToProof" style=3D"font-family: Aptos, Aptos_EmbeddedFo=
nt, Aptos_MSFontService, Calibri, Helvetica, sans-serif; color: rgb(0, 0, 0=
);">
<span style=3D"font-size: 18pt;"><b>          &nbs=
p;    </b></span><span style=3D"font-size: 48pt; color: rgb(190, =
91, 23);"><b>NOTICE</b></span></div>
<div class=3D"elementToProof" style=3D"font-family: Aptos, Aptos_EmbeddedFo=
nt, Aptos_MSFontService, Calibri, Helvetica, sans-serif; color: rgb(0, 0, 0=
);">
<span style=3D"font-size: 18pt;"><b><br>
               </b></span><span sty=
le=3D"font-size: 18pt; color: rgb(81, 167, 249);"><b>YOU ARE BEING SUED</b>=
</span><span style=3D"font-size: 18pt;"><b><br>
</b></span><span style=3D"font-size: 12pt;"><br>
         A PROOF OF SERVICE WILL BE FILED IMMEDIAT=
ELY<br>
<br>
</span></div>
</body>
</html>

--_000_SA1PR19MB6647D876CCD9D456FE653B5FC193ASA1PR19MB6647namp_--
--_004_SA1PR19MB6647D876CCD9D456FE653B5FC193ASA1PR19MB6647namp_
Content-Type: application/pdf; name="Kayvon Complete.pdf"
Content-Description: Kayvon Complete.pdf
Content-Disposition: attachment; filename="Kayvon Complete.pdf"; size=14256717;
 creation-date="Fri, 16 May 2025 20:34:15 GMT"; modification-date="Fri, 16 May 2025
 20:34:40 GMT"
Content-Transfer-Encoding: base64


--_004_SA1PR19MB6647D876CCD9D456FE653B5FC193ASA1PR19MB6647namp_--
```