1  **CHRISTOPHER LAZZARO**
   1302 Vallejo Street
2  Santa Rosa, CA 95404
   Telephone: (831) 241-2738
3  Email: chrisflazzaro@gmail.com
   Plaintiff, Pro Se
4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

                     **SAN FRANCISCO DIVISION**
10

11 CHRISTOPHER LAZZARO,                    CASE NO.: 3:25-CV-03566-CRB

12        Plaintiff,                       **DECLARATION OF CHRISTOPHER**
                                           **LAZZARO IN SUPPORT OF REQUEST**
13        vs.                              **FOR JUDICIAL NOTICE**

14 ACCELERATED INVENTORY
   MANAGEMENT, LLC,
15 SCOTT & ASSOCIATES, P.C., and

16 ROBERT KAYVON II
                                           Courtroom:  6, 17th Floor
17        Defendants                       Judge:      Honorable Charles R. Breyer

18

19        **DECLARATION OF CHRISTOPHER LAZZARO IN SUPPORT OF**

20                    **REQUEST FOR JUDICIAL NOTICE**

21 I, **CHRISTOPHER LAZZARO**, declare as follows:

22    1.  I am the Plaintiff in the above-entitled action, appearing pro se. I have personal knowledge

23        of the facts set forth in this Declaration and, if called as a witness, I could and would testify

24        competently thereto.

---

*Lazzaro v. Accelerated Inventory Management, LLC et al.* – Case. No.: 3:25-CV-03566-CRB
**DECLARATION OF CHRISTOPHER LAZZARO IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE**

2.  I submit this Declaration in support of my Request for Judicial Notice, which seeks judicial notice of three filings from the related state court action, *Accelerated Inventory Management Llc vs Lazzaro*, Sonoma County Superior Court, Case No. 24CV07542.

3.  **Exhibit A**, the **Original Complaint**, is a public record and is already on file with this Court at Dkt. 1-2, Ex. F, at pages 26-52. A copy of Exhibit A is attached to this Declaration for completeness and to maintain the chronological order of the exhibits.

4.  Attached hereto as **Exhibit B** is a true and correct copy of the **Order After Hearing Granting Motion to Compel Arbitration and Staying Litigation**, filed in the state court action on **April 28, 2025**.

5.  Attached hereto as **Exhibit C** is a true and correct copy of the **Filing Packet** (containing an Amended Complaint, Civil Case Cover Sheet, Summons, Declaration re: Fee, and Proof of Service (Unserved)) filed in the state court action on **July 14, 2025**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed On: November 20, 2025

CHRISTOPHER LAZZARO
By:   /s/ Christopher Lazzaro
CHRISTOPHER LAZZARO
1302 Vallejo Street
Santa Rosa, CA 95404
Telephone: (831) 241-2738
Email: chrisflazzaro@gmail.com
Plaintiff, Pro Se