Scott & Associates
P.O. Box 115220
Carrollton, Texas 75011-5220
Toll Free: (866) 298-3155
Business Hours: Monday - Friday 8:00am to 6:00pm CT
Email: info@scott-pc.com

To:  Christopher Lazzaro
1302 Vallejo St
Santa Rosa CA 95404-5241

**Reference: 2560124**

February 9, 2024

**Scott & Associates is a debt collector.** We are trying to collect a debt that you owe to Accelerated Inventory Management, LLC. We will use any information you give us to help collect the debt.

**Our Information shows:**

You had an account from Lendingclub Bank with account number XXXXX8611.

| | | | |
|---|---|---|---|
| As of 11/30/2022, you owed: | | $ | 4,362.04 |
| Between 11/30/2022 and today: | | | |
| You were charged this amount in interest: | + | $ | 0.00 |
| You were charged this amount in fees: | + | $ | 0.00 |
| You paid or were credited this amount toward the debt: | - | $ | 0.00 |
| **Total amount of the debt now:** | | **$** | **4,362.04** |

At this point in time, no attorney with this firm has personally reviewed the particular circumstances of your account.

**Notice: See the enclosed separate page for important information.**

**How can you dispute the debt?**

• **Call or write to us by 3/20/2024, to dispute all or part of the debt**. If you do not, we will assume that our information is correct.

• **If you write to us by 3/20/2024**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at info@scott-pc.com.

**What else can you do?**

• **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 3/20/2024, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at info@scott-pc.com.

• **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

• Contact us about your payment options.

178CSMJSP01_DML-001GCA

---

P.O. Box 115220
Carrollton, TX 75011-5220

ADDRESS SERVICE REQUESTED

Christopher Lazzaro
1302 Vallejo St
Santa Rosa CA 95404-5241

**How do you want to respond?**
*Check all that apply:*

☐ **I want to dispute the debt because I think:**
    ☐ This is not my debt.  ☐ The amount is wrong.
    ☐ Other (please include additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount:**  $ _____

Make your check payable to *Scott & Associates.*
Include the reference number 2560124.

**Mail this form to:**
Scott & Associates
P.O. Box 115220
Carrollton TX 75011-5220

## CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT NOTICE

The State Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgement. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

## SEPARATE NOTICE UNDER CALIFORNIA CIVIL CODE SECTION 1788.14.5

You may request records showing the following: (1) that Accelerated Inventory Management, LLC has the right to seek collection of the debt; (2) the debt balance, including an explanation of any interest charges and additional fees; (3) the date the debt became delinquent or the date of the last payment; (4) the name of the creditor and the account number associated with the debt; (5) the name and last known address of the debtor as it appeared in the creditor's records prior to assignment of the debt; and (6) the names of all persons or entities other than the debt collector to which the debt has been assigned, if applicable. You may request from us a copy of the contract or other document evidencing your agreement to the debt.

A request for these records may be addressed to: Scott & Associates, PO Box 115220, Carrollton, Texas 75011-5220.

California Debt Collection License No. 12242-99.