# Scott & Associates

Serving AL, CA, DC, MD, NY, PA, SC, TN, TX, & VA

Attorneys at Law

| | |
|---|---|
| <u>Mailing Address</u> | **Toll Free: (866) 298-3155** |
| PO Box 115220 | Hours of Operation (CST) |
| Carrollton, Texas  75011-5220 | Monday-Friday: 8:00 AM-6:00 PM |
| | helpdesk@scott-pc.com |
| | NYC Dept. of Consumer Affairs |
| | Lic. Nos. 2044998 and 2045102 |

California Debt Collection License No. 12242-99

April 29, 2024

Christopher Lazzaro
1302 Vallejo Street
Santa Rosa, Ca 95404

**RE:**   Current Creditor:        Accelerated Inventory Management, LLC
     Original Creditor:        Lendingclub Bank
     Customer:            Christopher Lazzaro
     Balance Owed:          $4,350.94
     Account Number:        XXXXX8611
     Firm Reference Number:      2560124

Dear Christopher Lazzaro,

     Our office is in the process of preparing a lawsuit against you for the above matter.  California Code of Civil Procedure Section 1033 (b) (2) requires us to advise you that in the event of legal action, such legal action could result in a judgment against you that would include the costs and necessary disbursements allowed by law.            .

                    Sincerely,

                    Scott & Associates

**This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.**

**SCOTT & ASSOCIATES**

Tel: (866) 298-3155   •   PO Box 115220, Carrollton, Texas 75011   •   Fax: (214) 234-8454