CHRISTOPHER LAZZARO
1302 Vallejo Street
Santa Rosa, CA 95404
Telephone: (831) 241-2738
Email: chrisflazzaro@gmail.com
IN PRO PER

ELECTRONICALLY FILED
Superior Court of California
County of Sonoma
4/28/2025 12:44 PM
Robert Oliver, Clerk of the Court
By: Angela Mendia, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SONOMA

## LIMITED JURSIDICTION

ACCELERATED INVENTORY MANAGEMENT, LLC,

    Plaintiff,

    vs.

CHRISTOPHER LAZZARO

    Defendant

CASE NO. 24CV07542

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

On Wednesday, April 23, 2025, this Court heard Defendant Christopher Lazzaro's unopposed Motion to Compel Arbitration and Stay Litigation.

Having considered the motion, supporting documents, and applicable law, and noting the lack of opposition from Plaintiff, Accelerated Inventory Management, LLC, the Court hereby **ORDERS** as follows:

1

1. Defendant has shown that a valid loan agreement with arbitration agreement therein exists.  Plaintiff's claim against Defendant arises out of this loan agreement, which applies to this dispute, and is enforceable against Plaintiff.

2. By failing to oppose this motion, Plaintiff has failed to meet the shifted burden to prove any defense to enforcement.

3. Defendant's unopposed motion to compel arbitration is **GRANTED**.

4. Plaintiff shall arbitrate this dispute pursuant to the terms of the Arbitration Agreement in the Borrower Agreement between Defendant and the original lender, LendingClub Corporation.

5. Defendant's request to **stay** this litigation pending the outcome of the arbitration is **GRANTED**.

6. Pursuant to the Court's ruling, compliance with Rule 3.1312 is excused due to the lack of opposition.

**IT IS SO ORDERED**.

Executed on __4/28/2025_____, Santa Rosa, California

_____
Honorable Kenneth G. English
Judge of the Superior Court of California, County of Sonoma