## Case Information

24CV07542 | Accelerated Inventory Management Llc vs Lazzaro

Case Number
24CV07542
File Date
12/13/2024

Court
Civil
Case Type
09: Limited Rule 3.740 Collections - Assignee $5K or less

Judicial Officer
English, Kenneth G.
Case Status
Stayed

## Party

Plaintiff
Accelerated Inventory Management Llc

Active Attorneys ▾
Lead Attorney
Kayvon, Robert, II
Retained

Defendant
Lazzaro, Christopher

## Events and Hearings

12/13/2024 Complaint Filed ▾

Comment
DOES 1-5

12/13/2024 Summons Issued

12/13/2024 Civil Case Cover Sheet

12/13/2024 Declaration re: ▾

Comment
Fee

12/13/2024 Notice of Assignment to 1 Judge and Notice of CMC

12/13/2024 Proof of Service - 30 Days Summons and Complaint ▼

Requested By
Accelerated Inventory Management Llc

Served
12/17/2024

12/17/2024 Proof of Service of Process

02/13/2025 Motion to Compel Arbitration

02/19/2025 Notice of Reassignment

04/23/2025 Motion ▼

Original Type
Motion to Compel

Judicial Officer
English, Kenneth G.

Hearing Time
3:00 PM

Result
Held

Comment
Arbitration and Stay Litigation

04/25/2025 Clerk Letter Returning Document Unfiled ▼

Comment
Rejected Proposed Order Granting Defendant's Motion to Compel Arbitration and Stay Litigation due to 1st paper feed due.

04/28/2025 Order After Hearing ▼

Comment
Granting Motion to Compel Arbitration and Stay Litigation

07/14/2025 Amended Complaint ▼

Comment
DOES 1-5

07/14/2025 Civil Case Cover Sheet ▼

Comment

Amended

07/14/2025 Summons Issued ▼

Comment

Amended

07/14/2025 Declaration re: ▼

Comment

Fee amended

07/14/2025 Proof of Service - 30 Days Summons and Complaint ▼

Requested By

Accelerated Inventory Management Llc

Unserved

08/16/2025 Clerk Letter Returning Document Unfiled ▼

Comment

Declaration re Venue rejected, please resubmit wiith the pleading paper format containing the numbered lines

11/04/2025 Declaration re: ▼

Comment

Re: Venue

01/21/2026 Case Management Statement ▼

Comment

LATE

01/26/2026 Case Management Conference - Collections ▼

Judicial Officer

Gaskell, Jane

Hearing Time

1:30 PM

Cancel Reason

Dropped

03/03/2026 Declaration re: ▼

Comment

Service by Mail

03/05/2026 Proof of Service by Mail ▼

Case 3:25-cv-03566-CRB    Document 79-5 Details Filed 03/26/26    Page 4 of 4

Comment
Summons on Amended Complaint, Amended Complaint