California Debt Collection License No. 12242-99                                          **PLD-C-001**

| ATTORNEY OR PARTY WITHOUT : | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|

FLINT C ZIDE, SBN 160369 / DAVID C. MCGAFFEY, SBN 315632 / ROBERT KAYVON, SBN 250283

Scott & Associates
PO Box 115220
Carrollton, TX 75011

TELEPHONE NO.: (866) 298-3155          FAX NO.: (626) 799-8419

EMAIL ADDRESS: CAFilings@scott-pc.com

ATTORNEY FOR (name): Accelerated Inventory Management, LLC

**FOR COURT USE ONLY**

**ELECTRONICALLY FILED**
**Superior Court of California**
**County of Sonoma**
**7/14/2025 1:38 PM**
**By: Taylor Curtis, Deputy Clerk**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**   Sonoma

STREET ADDRESS: 600 Administration Dr.
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa. CA 95403
BRANCH NAME: Sonoma Courthouse

PLAINTIFF: Accelerated Inventory Management, LLC

DEFENDANT: Christopher Lazzaro

[X] DOES 1 TO  5, INCLUSIVE

| CONTRACT | |
|---|---|
| [ ] COMPLAINT | [X] AMENDED COMPLAINT (Number): |
| [ ] CROSS-COMPLAINT | [ ] AMENDED CROSS-COMPLAINT (Number): |

**Jurisdiction** (check all that apply):

[X] ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)
    Amount demanded [X] does not exceed $10,000
                    [ ] exceeds $10,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
        [ ] from limited to unlimited
        [ ] from unlimited to limited

CASE NUMBER: 24CV07542

1. **Plaintiff*** (name or names):

   Accelerated Inventory Management, LLC
   alleges causes of action against **defendant*** (name or names):

   Christopher Lazzaro, Does 1 TO 5, INCLUSIVE

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult

   [X] **except** plaintiff (name): Accelerated Inventory Management, LLC
   (1) [ ] a corporation qualified to do business in California.
   (2) [ ] an unincorporated entity (describe):
   (3) [X] other (specify):  a limited liability company

   b. [ ] Plaintiff (name):
   (1) [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):

   (2) [ ] has complied with all licensing requirements as a licensed (specify):

   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person

   [ ] **except** defendant (name):                    [ ] **except** defendant (name):
   (1) [ ] a business organization, form unknown.      (1) [ ] a business organization, form unknown.
   (2) [ ] a corporation.                              (2) [ ] a corporation.
   (3) [ ] an unincorporated entity (describe):        (3) [ ] an unincorporated entity (describe):

   (4) [ ] a public entity (describe):                 (4) [ ] a public entity (describe):

   (5) [ ] other (specify):                            (5) [ ] other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.          Page 1 of 2

| Form Approved for Optional Use | **COMPLAINT—Contract** | Code of Civil Procedure, § 425.12 |
|---|---|---|
| Judicial Council of California | | www.courts.ca.gov |
| PLD-C-001 [Rev. January 1, 2024] | Amended | |

S&A 2560124

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Accelerated Inventory Management, LLC vs. Christopher Lazzaro | 24CV07542 |

4.   b.   The true names of defendants sued as Does are unknown to plaintiff.

(1) ☐ Doe defendants *(specify Doe numbers):*        were the agents or employees of the named
defendants and acted within the scope of that agency or employment.

(2) ☒ Doe defendants *(specify Doe numbers):* 1 to 5      are persons whose capacities are unknown to
plaintiff.

c.   ☐   Information about additional defendants who are not natural persons is contained in Attachment 4c.

d.   ☐   Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5.   ☐   Plaintiff is required to comply with a claims statute, **and**
a.   ☐   has complied with applicable claims statutes, *or*
b.   ☐   is excused from complying because *(specify):*

6.   ☐   This action is subject to   ☐   Civil Code section 1812.10   ☐   Civil Code section 2984.4.

7.   This court is the proper court because
a.   ☐   a defendant entered into the contract here.
b.   ☐   a defendant lived here when the contract was entered into.
c.   ☒   a defendant lives here now.
d.   ☐   the contract was to be performed here.
e.   ☐   a defendant is a corporation or unincorporated association and its principal place of business is here.
f.   ☐   real property that is the subject of this action is located here.
g.   ☒   other *(specify):*  CCP 395(b)

8.   The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
☒   Breach of Contract
☐   Common Counts
☐   Other *(specify):*

9.   ☒ Other allegations:

Plaintiff is a debt buyer and the sole owner/assignee of an agreement entered into by defendant(s) on an installment loan account ending in 8611 with Plaintiff's predecessor Lendingclub Bank, Plaintiff having taken said assignment for value.  This account was purchased by Plaintiff after January 1, 2014.

10.  **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
a.   ☒   damages of: $ 4,306.54
b.   ☐   interest on the damages
(1) ☐   according to proof
(2) ☐   at the rate of *(specify):*        percent per year from *(date):*
c.   ☐   attorney's fees
(1) ☐   of: $
(2) ☐   according to proof.
d.   ☒   other *(specify):*  SUCH OTHER RELIEF AS THE COURT DEEMS PROPER

11.  ☐   The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date:    June 26, 2025

Flint C. Zide
_____
(TYPE OR PRINT NAME)

▶ *Flint C. Zide*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Digitally signed by Flint C. Zide
DN: o=MJSPC, ou=Legal, uid=398283593
Date: 6/26/2025 12:48:43 PM

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2024]          **COMPLAINT—Contract**          Page 2 of 2

Amended

PLD-C-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Accelerated Inventory Management, LLC vs. Christopher Lazzaro | 24CV07542 |

_____First_____    **CAUSE OF ACTION—Common Counts**
(number)

ATTACHMENT TO [X] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* Accelerated Inventory Management, LLC

alleges that defendant *(name):* Christopher Lazzaro

became indebted to    [X] plaintiff    [ ] other *(name):*

    a. [X] within the last four years
         (1) [X] on an open book account for money due.
         (2) [X] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

    b. [X] within the last [ ] two years [ ] four years
         (1) [X] for money had and received by defendant for the use and benefit of plaintiff.
         (2) [ ] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff.
              [ ] the sum of $
              [ ] the reasonable value.
         (3) [ ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
              [ ] the sum of $
              [ ] the reasonable value.
         (4) [X] for money lent by plaintiff to defendant at defendant's request.
         (5) [X] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
         (6) [ ] other *(specify):*

CC-2. $ _____ , which is the reasonable value, is due and unpaid despite plaintiff's demand,

    plus prejudgment interest [ ] according to proof [ ] at the rate of _____ percent per year

    from *(date):*

CC-3. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
         [ ] of $
         [ ] according to proof.

CC-4. [X] Other:
$4,306.54, which is the fixed and agreed amount, as shown by Attachment 1, is due and unpaid despite plaintiff's demand. Plaintiff is the sole owner and current assignee of this account, whose account number at time of charge off ended in 8611 (the Account). The Account was originally issued by Lendingclub Bank, 71 Stevenson Street, San Francisco, CA 94105, and they remained the creditor at time of charge off. $4,362.04 was the balance owed at time of charge off. The account arose from an agreement between the issuer and the Defendant, as shown by Attachment 2. The last payment or other activity occurring on the Account prior to chargeoff was on or about June 17, 2022, as shown by Attachment 1. The debtor's name and address appeared in the original creditor's records prior to the sale of the debt or as of December 23, 2022, as shown in Attachment 3. The names and addresses of all entities who have purchased the debt after charge off are set forth on Attachment 4. Plaintiff has complied with Civil Code Section 1788.52.

Page _____ 3 _____

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2009]
S&A 2560124

**CAUSE OF ACTION—Common Counts**

Amended

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

# ATTACHMENT "1"

**TRANSACTION LEDGER**

| | |
|---|---|
| Consumer Name: | Christopher Lazzaro |
| Loan Issuer: | Lendingclub Bank |
| Loan Account No.: | XXXXX8611 |
| Firm Account No.: | 2560124 |
| Initial Loan Date: | 6/17/2022 |

**Summary of Account(s)**

| | |
|---|---|
| Unpaid Principal | 4,000.00 |
| Accrued Interest | 350.94 |
| Unpaid Fees | 0.00 |
| Total Charge-Off | 4,350.94 |

Loan ID

Loan No.    190558611

| TRXN Date | TRXN Type | TRXN Amount | Start Principal Balance | Additions to Balance Principal | Interest | Fees | Payments Applied Principal | Interest | Fees | Ending Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/17/2022 | LOAN | 148.64 | 0.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 07/24/2022 | INT ACCRUAL | 148.64 | 4,000.00 | 0.00 | 84.40 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 08/24/2022 | INT ACCRUAL | 148.64 | 4,000.00 | 0.00 | 66.63 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 09/24/2022 | INT ACCRUAL | 148.64 | 4,000.00 | 0.00 | 66.63 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 10/24/2022 | INT ACCRUAL | 148.64 | 4,000.00 | 0.00 | 64.41 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 11/24/2022 | INT ACCRUAL | 148.64 | 4,000.00 | 0.00 | 66.63 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 11/30/2022 | CHARGEOFF | | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |

| | |
|---|---|
| Unpaid Principal | 4,000.00 |
| Accrued Interest | 350.94 |
| Unpaid Fees | 0.00 |
| Charge-Off | 4,350.94 |

[ NOTICE: The information contained herein is extracted from financial records provided by the client and pertaining to the above-referenced consumer. This representation is a fair, complete and accurate presentation of that information. The information has been reformatted to aid in readability and to summarize key events. Source File Name: 02560124_UCA_20240214_2462771_PAYMENTHISTORY_20221228 085310_2462771_20221228085058_TRANSACTIONHISTORY.XLSX ]    Ver.2.0

# ATTACHMENT "2"

Copy of the Electronic Originals document managed by the eCore® On-Demand (EOD™) Service.

Date Signed: 6/14/2022

# Promissory Note for $4,000

**Loan Agreement and Promissory Note**
Borrower Member ID: 247318830

Joint Applicant/Co-Borrower Member ID: N/A

**$4,000**

**June 17, 2022**

In this Loan Agreement and Promissory Note (the "Note"), the word "Borrower" refers to each borrower and joint applicant/co-borrower named above or otherwise obligated under this Note. The word "Lender" refers to LendingClub Bank, National Association, and any subsequent holder of this Note. For value received, Borrower promises to pay to the order of Lender the principal sum of **$4,000** Dollars with interest as set forth below. Borrower intends to be legally bound by this Note. Borrower has read, understood, and agreed to all of the terms of this Note.

Interest Rate. This Note bears interest during each calendar month from the date hereof until paid in full, at a fixed rate of **19.99** (%) per annum (the "Interest Rate"). Interest will begin to accrue as of the date the loan proceeds are disbursed. After maturity, the unpaid balance of the principal will earn interest at the same fixed rate.

Interest Calculation Method. Interest is calculated daily on the basis of a 360-day year with 12 months each of which is 30 days (or 30/360) long, regardless if a month has more or fewer than 30 days. This Note shall bear interest on any overdue installment of principal and, to the extent permitted by applicable law, on any overdue installment of interest, at the Interest Rate as calculated above.

Payments. Principal and interest are to be paid during and throughout the period of 36 months in the following manner:

Payments of principal and interest in the amount of **$148.64 Dollars** are to be made by the Borrower to Lender commencing **July 17, 2022** , and on the same day of each successive month thereafter until **June 17, 2025** , when the full amount of unpaid principal, together with unpaid accrued interest is due and payable. If the monthly anniversary is on the 29th, 30th, or 31st of the month, and the following month does not have a 29th, 30th, or 31st day, the monthly payment will be due on the last day of the month in which the payment was due.

Borrower's last payment might be of a different amount, which could be higher than the monthly installment amounts, to adjust for rounding and/or due to calculation of daily interest charges in certain instances such as a payment due date change or Borrower making a payment after the payment due date. If any late charges or other fees and charges due to Lender have not been paid, as described further below, Borrower will also owe Lender additional amounts for those fees and charges. In such cases, the amount of the last monthly payment will be adjusted by the amount necessary to repay the loan in full.

Borrower must pay Lender in U.S. dollars using a check or electronic debit that is drawn on and honored by a bank in the United States. Borrower may not make payments in cash. Borrower agrees that Lender can accept late or partial payments, or payments marked "paid in full" or other restrictive endorsements, without losing its rights.

Borrower may have designated an account from which to pay the amount of each payment due on each due date by ACH transfer. Borrower acknowledges that such authorization is assignable by Lender or any subsequent holder of the Note in the event that Lender or any subsequent holder of the Note sells, assigns, or transfers any interest in this Note.

Loan proceeds may be disbursed into a deposit account designated by Borrower and held by or for the benefit of Borrower ("Designated Borrower Account") or, for the purpose of satisfying in whole or in part a debt obligation of Borrower, to an account held by or for the benefit of a third party creditor designated by Borrower ("Designated Creditor Account"). Borrower is responsible for ensuring that all names and account, routing or other similar information provided by Borrower to Lender for any Designated Borrower Accounts or Designated Creditor Accounts (collectively, "Designated Accounts") are accurate and complete. Borrower agrees to hold Lender and any subsequent holder of the Note harmless for any alleged or actual loss, claim, fee or other damage or expense Borrower may suffer related to the failure of a Designated Account to receive such proceeds if such failure was the result (directly or indirectly) of any error in any name or account, routing or other similar information provided by Borrower to Lender. Borrower acknowledges that neither Lender nor any subsequent holder of the Note has any obligation to confirm or investigate the accuracy or completeness of the information Borrower has provided. Borrower further agrees that, if loan proceeds are rejected by any Designated Creditor Account, Lender may deliver loan proceeds into any Designated Borrower Account to satisfy Lender's obligation of loan proceed delivery. In all events under this section, **interest will begin to accrue as of the date of issuance of the loan** and not upon the actual receipt of proceeds by Borrower or any other designated third party, except that no interest will be due to the extent this Note is canceled as set forth in the Borrower Agreement. If Lender is unable to deliver any loan proceeds to any Designated Account after 14 days from the initial delivery attempt, the loan will be canceled and Borrower will not owe any interest on the loan. For avoidance of doubt, if partial loan proceeds (any amount above $0) are delivered to any Designated Account, then the loan will not be canceled. If Lender is only able to deliver partial loan proceeds to any Designated Account after 14 days, Lender will apply the undelivered portion to the outstanding balance in accordance with its normal payment application procedures.

If Borrower elects to make payments by check, Borrower must send the check either by regular mail or by overnight mail or UPS delivery to Lockbox Services - #134268, LendingClub Corporation, 3440 Flair Dr., El Monte, CA 91731 or to the address designated by any subsequent holder of the Note.

The original document is owned by LendingClub Corporation and this copy was created on Jun 22, 2022 12:01:49 PM.

Copy of the Electronic Original® document managed by the eCore® On-Demand (EOD™) Service.
Date Signed: 6/14/2022

If the loan is assigned, Borrower must make payments to the address provided by the assignee.

Borrower's payment method and any necessary authorization do not affect its obligation to pay when due all amounts payable on the Note, whether or not there are sufficient funds in the applicable deposit account. The foregoing authorization is in addition to, and not in limitation of, any rights of setoff Lender may have.

**Origination fee.** **If this loan is subject to an origination fee, such fee is deducted from the loan proceeds and paid to the Lender. Any origination fee of 5% or less of the initial loan amount is not refundable regardless of when, or if, the loan is paid in full. Any origination fee amount in excess of 5% of the initial loan amount is refundable on a prorated basis over the term of the loan when and if the loan is paid in full prior to its maturity date. A partial pre-payment will not result in the refund of any origination fee amount. Borrower acknowledges that the origination fee is considered part of the principal of Borrower's loan and is subject to the accrual of interest.**

Insufficient funds fee. If a payment is returned, dishonored, or fails due to insufficient funds in the deposit account Borrower has designated for making payments, Borrower will be charged a fee of $15, to the extent permitted by applicable law. An insufficient funds fee may be assessed no more than once for a single failed payment. Lender may, at its option, choose to resubmit such payments. In addition to the fee assessed under this Note, a fee may be assessed by the depository institution at which Borrower's deposit account is held.

Late fee. If any part of a payment, other than a late fee assessed on a prior monthly payment, is more than 15 days late, a late fee may be charged in an amount equal to the greater of 5% of the outstanding payment or $15, to the extent permitted by applicable law. Only one late fee will be charged on each late payment. **Any payment received after 11:00 A.M., Mountain Time, on a banking day may deemed received on the next succeeding banking day.**

Prepayments and Partial Payments. Borrower may prepay this loan or make any payment early, in whole or in part, without penalty or premium at any time. Any partial prepayment will be credited against the loan balance as described in the Payments section above. Any partial prepayment does not postpone the due date of any monthly payment, unless expressly agreed to in writing. If Borrower prepays this Note in part, Borrower agrees to continue to make regularly scheduled payments until all amounts due under this Note are paid. Any regularly scheduled monthly installment of principal and interest that is received by Lender before the date it is due shall be deemed to have been received on the due date solely for the purpose of calculating interest due. Lender may extend the time to make a payment without extending the time to make other payments, accept late or partial payments without waiving Lender's right to have future payments made when they are due, or waive any fee without losing the right to impose that fee when due in the future.

Use of Funds. Borrower certifies that the proceeds of the loan will not be used for the purpose of purchasing or carrying any securities or to fund any illegal activity, or to fund any post-secondary educational expenses, including, but not limited to, tuition, fees, books, supplies, miscellaneous educational expenses, or room and board.

Default. Borrower will be deemed in default (each, an "Event of Default") of Borrower's obligations under this Note if Borrower: (1) fails to pay timely any amount due on the loan; (2) files or has instituted against it or any joint applicant/co-borrower any bankruptcy or insolvency proceedings or make any assignment for the benefit of creditors; (3) commits fraud or makes any material misrepresentation in this Note, the Borrower Agreement or in any other documents, applications or related materials delivered to Lender in connection with its loan; or (4) has breached or otherwise fails to abide by the terms of this Note or the Borrower Agreement. Upon the occurrence of an Event of Default, Lender may exercise all remedies available under applicable law and this Note, including without limitation, accelerate all amounts owed on this Note and demand that Borrower immediately pay such amounts.

Information Furnished to Credit Bureaus. Lender may report information about Borrower's account to credit bureaus. Should there be more than one Borrower, Lender may report that loan account to the credit bureaus in the names of all Borrowers. Late payments, missed payments, or other defaults on an account may be reflected in Borrower's credit report. Borrower agrees to pay all costs of collecting any delinquent payments, including reasonable attorneys' fees, as permitted by applicable law.

Joint and Several Liability. The liability of any joint applicant/co-borrower to repay in full this loan is in addition to and not in lieu of the obligations of the primary Borrower to repay the loan in full. The joint applicant/co-borrower agrees to abide by the terms and conditions of this Note or any other agreements or documents provided or executed as part of the loan application process, as if an original signatory. Lender and its designees, successors, and assigns have sole discretion to proceed against any party responsible under this Note to recover all the amounts due under this Note. Further, Lender and its designees, successors, and assigns can accept instructions from either Borrower or the joint applicant/co-borrower, and can provide any notice or disclosure to either Borrower or the joint applicant/co-borrower, which shall be binding on and deemed simultaneously received by each.

Loan Charges. If a law that applies to the Loan and sets maximum loan charges is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower that exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under this Note or by making a direct payment to Borrower.

Electronic Transactions. BORROWER EXPRESSLY AGREES THAT THE NOTE IS A "TRANSFERABLE RECORD" FOR ALL PURPOSES UNDER THE ELECTRONIC SIGNATURES IN GLOBAL AND NATIONAL COMMERCE ACT AND THE UNIFORM ELECTRONIC TRANSACTIONS ACT.

Registration of Note Owners. Borrower has appointed Lender as its agent (in such capacity, the **"Note Registrar"**) for the purpose of maintaining a book-entry system (the **"Register"**) for recording the names and addresses of any future owner of beneficial interests in this Note (the **"Note Owners"**)

The original document is owned by LendingClub Corporation and this copy was created on Jun 22, 2022 12:01:49 PM.

and the principal amounts and interest on this Note owing to each pursuant to the terms hereof from time to time. The person or persons identified as the Note Owners in the Register shall be treated as the owner(s) of this Note for purposes of receiving payment of principal and interest on such Note and for all other purposes. With respect to any transfer by a Note Owner of its beneficial interest in this Note, the right to payment of principal and interest on this Note shall not be effective until the transfer is recorded in the Register.

Miscellaneous. Lender may, without notice to Borrower, assign all of its right, title and interest (or any portion thereof) in this Note to any other third party. Borrower understands, acknowledges and agrees that any assignee may sell, assign or transfer the Note and all associated documents and information related to the Note without Borrower's consent or delivery of notice (subject in each case to the registration requirement above). Borrower may not assign this Note without the prior written consent of Lender. This Note inures to the benefit of successors, permitted assigns, heirs and representatives of Borrower and Lender.

Borrower hereby waives demand, notice of non-payment, protest, and all other notices or demands whatsoever, and hereby consents that without notice to and without releasing the liability of any party, the obligations evidenced by this Note may from time to time, in whole or part, be renewed, extended, modified, accelerated, compromised, settled, canceled (as provided for in the Borrower Agreement) or released by Lender.

Borrower shall pay any and all government fees and taxes (including but not limited to stamp and documentary taxes) incurred in connection with the execution of this Note, the Borrower Agreement, or any other documents associated with the loan. Lender may choose, in its sole discretion, to collect from and remit on behalf of Borrower the amount of any such fees and taxes, and to add such amount to the principal balance of the loan. Amounts paid to others on Borrower's behalf in connection with loan origination are shown in the Truth in Lending disclosure corresponding to the loan.

Any changes to this Note must be in writing signed by Borrower and Lender. Notices will be provided electronically to Borrower's account, unless Borrower has opted out of electronic delivery and then will be mailed to the addresses then on record. Notwithstanding the foregoing, Lender may correct any clerical error or omissions in this Note or in any related document. Lender will notify Borrower promptly of any such errors and the correction made promptly upon discovery. Borrower agrees that such correction will be effective as of the original date of this Note. Examples of clerical errors include, but are not limited to, calculation, transcription and printing errors.

This Note is subject to the Arbitration Agreement in the Borrower Agreement between Lender and Borrower. If at any time after the date of this Note, any of the provisions of this Note shall be held by any court of competent jurisdiction or arbitrator to be illegal, void or unenforceable, and that decision is not overturned after any rights to appeal are exhausted, such provision shall be of no force and effect, but the illegality and unenforceability of such provision shall have no effect upon and shall not impair the enforceability of any other provisions of this Note.

Controlling Law. Lender is located in the State of Utah, this Note is executed and delivered in the State of Utah and is a contract made under the law of the State of Utah, and funds are disbursed from the State of Utah. The provisions of this Note will be governed by Federal laws and the laws of the State of Utah to the extent not preempted, without regard to any principle of conflicts of law that would require or permit the application of the laws of any other jurisdiction.

STATE LAW NOTICES:

CALIFORNIA RESIDENTS ONLY: A married applicant may apply for a separate account. If Lender takes any adverse action as defined by § 1785.3 of the California Civil Code and the adverse action is based, in whole or in part, on any information contained in a consumer credit report, Borrower has the right to obtain within 60 days a free copy of Borrower's consumer credit report from the consumer reporting agency who furnished the consumer credit report and from any other consumer credit reporting agency that complies and maintains files on consumers on a nationwide basis.

CALIFORNIA AND UTAH RESIDENTS: As required by California and Utah law, Borrower is hereby notified that a negative credit report reflecting on Borrower's credit record may be submitted to a credit reporting agency if Borrower fails to fulfill the terms of Borrower's credit obligations.

KANSAS: NOTICE TO CONSUMER: 1. Do not sign this Note before you read it. 2. You are entitled to a copy of this Note. 3. You may prepay the unpaid balance at any time without penalty.

MASSACHUSETTS RESIDENTS ONLY: Massachusetts law prohibits discrimination based upon marital status or sexual orientation.

MISSOURI AND NEBRASKA RESIDENTS: ORAL LOAN AGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR TO FORBEAR FROM ENFORCING REPAYMENT OF SUCH DEBT, INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT, ARE NOT ENFORCEABLE. TO PROTECT BORROWER(S) AND THE LENDER AND ANY HOLDER OF THIS NOTE FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENTS WE REACH COVERING SUCH MATTERS ARE CONTAINED IN THIS WRITING, WHICH IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.

NEW JERSEY RESIDENTS: The section headings of the Note are a table of contents and not contract terms. Portions of this Note with references to actions taken to the extent of applicable law apply to acts or practices that New Jersey law permits or requires. In this Note, actions or practices (i) by which Lender is or may be permitted by "applicable law" are permitted by New Jersey law, and (ii) that may be or will be taken by Lender unless prohibited by "applicable law" are permitted by New Jersey law.

NEW YORK, RHODE ISLAND and VERMONT RESIDENTS: Borrower understands and agrees that Lender may obtain a consumer credit report in connection with this application and in connection with any update, renewals for extension of any credit as a result of this application. If Borrower asks, Borrower will be informed whether or not such a report was obtained, and if so, the name and address of the agency that furnished the report. Borrower

Copy of the Electronic Originals document managed by the eCore® On Demand (EOD™) Service.

also understands and agrees that Lender may obtain a consumer credit report in connection with the review or collection of any loan made to Borrower as a result of this application or for other legitimate purposes related to such loans.

OHIO RESIDENTS ONLY: The Ohio laws against discrimination require that all creditors make credit equally available to all credit-worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with the law.

WASHINGTON RESIDENTS ONLY: Oral agreements or oral commitments to loan money, extend credit, or to forbear from enforcing repayment of a debt are not enforceable under Washington law.

WISCONSIN RESIDENTS ONLY: For married Wisconsin residents, Borrower's signature confirms that this loan obligation is being incurred in the interest of Borrower's marriage or family. No provision of any marital property agreement (pre-marital agreement), unilateral statement under § 766.59 of the Wisconsin statutes or court decree under § 766.70 adversely affects Lender's interest unless, prior to the time that the loan is approved, Lender is furnished with a copy of the marital property agreement, statement, or decree or have actual knowledge of the adverse provision. If this loan for which Borrower is applying is granted, Borrower will notify Lender if Borrower has a spouse who needs to receive notification that credit has been extended to Borrower.

MEMBER ID OF BORROWER & CO-BORROWER (if any) 247318830
BY: LENDINGCLUB BANK, NATIONAL ASSOCIATION
ATTORNEY-IN-FACT FOR BORROWER and CO-BORROWER (if any)
(SIGNED ELECTRONICALLY)



The original document is owned by LendingClub Corporation and this copy was created on Jun 22, 2022 12:01:49 PM.

# ATTACHMENT  "3"

| LotNo | AcctNo | Name | SSN | Address 1 |
|---|---|---|---|---|
| Lot22-1200 | ███8611 | Christopher Lazzaro | ███2447 | 1302 Vallejo Street |

| City | State | Zip | Phone 1 | DOB | Email |
|------|-------|-----|---------|-----|-------|
| Santa Rosa | CA | 95404 | 8312412738 | 1984-██████ 00:00:00 | chrisflazzaro@gmail.com |

| Interest Rate | Issued Date | Loan Amt | Loan Term | ChargeOffDate |
|---|---|---|---|---|
| 0.1999 | 2022-06-17 06:21:18 | 4000 | 36 | 2022-11-30 18:21:37 |

| CO_Principal | Interest Balance | Fee Balance | Payoff Amt | MNTH_1 | MNTH_2 |
|---|---|---|---|---|---|
| 4000 | 362.04 | 0 | 4362.04 | 0 | 0 |

# ATTACHMENT "4"

## LIST OF PRIOR POST-CHARGEOFF OWNERS

### *Chain of Title for Assigned Claim:*
| Name | Address |
| --- | --- |
| Lendingclub Bank | 71 Stevenson Street, San Francisco, CA 94105 |
| Loan Asset Issuer II LLC (Serviced By Lending Club) | 251 Little Falls Dr, Wilmington, DE 19810 |
| Accelerated Inventory Management, LLC | 1800 2nd St., Ste. 603, Sarasota, FL 34236 |

## SUMMONS ON
## FIRST AMENDED
## COMPLAINT
## (CITACION JUDICIAL)

**SUM-100**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
**Superior Court of California**
**County of Sonoma**
**7/14/2025 1:38 PM**
**By: Taylor Curtis, Deputy Clerk**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Christopher Lazzaro
DOES 1-5, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Accelerated Inventory Management, LLC

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

SUPERIOR COURT OF CALIFORNIA
SONOMA COUNTY

SONOMA COURTHOUSE COURTHOUSE
600 ADMINISTRATION DR.
SANTA ROSA, CA 95403

CASE NUMBER:
*(Número del Caso):* 24CV07542

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

FLINT C ZIDE, SBN 160369 / DAVID C. MCGAFFEY, SBN 315632 / ROBERT KAYVON, SBN 250283
Scott & Associates, PO Box 115220, Carrollton, TX 75011, Ph: (866) 298-3155, CAFilings@scott-pc.com

DATE: 7/14/2025 1:38 PM     Robert Oliver    Clerk, by _____ Taylor Curtis    Deputy
*(Fecha)*                    *(Secretario)*                                *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. [X] as an individual defendant.

2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

    under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
           [ ] other *(specify):*

4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**
Amended

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

S&A 2560124

California Debt Collection License No. 12242-99

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| FLINT C ZIDE, SBN 160369 / DAVID C. MCGAFFEY, SBN 315632 / ROBERT KAYVON, SBN 250283<br>Scott & Associates<br>PO Box 115220, Carrollton, TX 75011<br>TELEPHONE NO.: (866) 298-3155    FAX NO. : (626) 799-8419<br>EMAIL ADDRESS: CAFilings@scott-pc.com<br>ATTORNEY FOR *(Name):* Accelerated Inventory Management, LLC | **ELECTRONICALLY FILED**<br>**Superior Court of California**<br>**County of Sonoma**<br>**7/14/2025 1:38 PM**<br>**By: Taylor Curtis, Deputy Clerk** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Sonoma
STREET ADDRESS: 600 Administration Dr.
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa. CA 95403
BRANCH NAME: Sonoma Courthouse

CASE NAME: Accelerated Inventory Management, LLC
Christopher Lazzaro

| **CIVIL CASE COVER SHEET** | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☐ **Unlimited** ☒ **Limited**<br>(Amount demanded exceeds $35,000) (Amount demanded is $35,000 or less) | ☐ Counter ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **24CV07542**<br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☒ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   - a. ☐ Large number of separately represented parties
   - b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   - c. ☐ Substantial amount of documentary evidence
   - d. ☐ Large number of witnesses
   - e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   - f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☒ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):*  1
5. This case ☐ is ☒ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:  June 26, 2025

Flint C. Zide
_____
(TYPE OR PRINT NAME)

*Flint C. Zide*
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

Digitally signed by Flint C. Zide
DN: o=MJSPC, ou=Legal, uid=398283593
Date: 6/26/2025 12:48:43 PM

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2024] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

CM-010 [Rev. January 1, 2024]    **CIVIL CASE COVER SHEET**    Page 2 of 2

FLINT C ZIDE, SBN 160369
DAVID C. MCGAFFEY, SBN 315632
ROBERT KAYVON, SBN 250283
SCOTT & ASSOCIATES
PO BOX 115220
CARROLLTON, TX 75011
TELEPHONE: (866)298-3155
FACSIMILE: (626)799-8419
ATTORNEYS FOR PLAINTIFF

ELECTRONICALLY FILED
Superior Court of California
County of Sonoma
7/14/2025 1:38 PM
By: Taylor Curtis, Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA**

**SONOMA COURTHOUSE, LIMITED CIVIL CASE**

Accelerated Inventory Management, LLC

CASE NO. 24CV07542

**PLAINTIFF,**

**DECLARATION IN SUPPORT OF REDUCED FILING FEES**

**VS.**

Christopher Lazzaro

**(Bus. & Prof. Code §6322.1(c)(1)**

DOES 1 TO 5, INCLUSIVE

**DEFENDANT(S)**

I, _____Flint C. Zide_____, DECLARE:

1. I am one of the attorneys of record for ___Accelerated Inventory Management, LLC___, (hereinafter referred to as "Plaintiff"). I am licensed to practice before all courts of the State of California and this declaration is made of my own knowledge and if sworn as a witness, I would testify thereto.

2. The above-entitled action and attached complaint is a claim for money damages less than or equal to $5,000.00 and therefore, falls within the monetary jurisdiction of the small claims court.

3. Plaintiff is an assignee of the debt/claim for which money is sought, and therefore is prohibited from filing in small claims court pursuant to C.C.P. 116.420.

4. For the reasons mentioned herein, Plaintiff, through its counsel of record, respectfully requests a $44.00 reduction in court filing fees pursuant to Business & Professions Code §6322.1(c)(1).

I declare under the penalty of perjury under the laws of California that the foregoing is true and correct and if called as a witness I would competently testify, under oath, thereto.

Executed on _____June 26, 2025_____ , Pasadena, Calfornia.


                                             /s/    *Flint C. Zide*
                                                            Flint C. Zide
                                                      Attorneys for Plaintiff

3.

S&A 2560124