10/3/25, 9:43 AM

Case 3:25-cv-03566-CRB    Document 79-7    Filed 03/26/26    Page 1 of 1
Gmail - Reminder: Christopher, review your payment options

 Gmail

**Chris Lazzaro <chrisflazzaro@gmail.com>**

## Reminder: Christopher, review your payment options
1 message

**Scott and Associates, PC** <myaccount@email.scottandassociates-pc.com>          Tue, Jul 15, 2025 at 11:52 AM
Reply-To: "Scott and Associates, PC" <info@scott-pc.com>
To: Christopher Lazzaro <chrisflazzaro@gmail.com>

 *Performance Without Compromise*

Hi Christopher,

Our law firm has been retained to assist with the resolution of your Accelerated Inventory Management, LLC account.

### BALANCE AS OF TODAY:
$4,604.44

> View My Payment Options

We understand financial challenges can come up unexpectedly. Our goal is to work with you on a solution. If these options are unattainable, please contact us at your earliest so we can discuss the best resolution path for you.

File Number: 2560124
Current Creditor: Accelerated Inventory Management, LLC
Original Creditor: Lendingclub Bank
Last 4 of Acct: XXXXX8611

This communication is with a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,
Collections Department

P.O. Box 113297
Carrollton, TX 75011
866-298-3155

Contact Us | Privacy Policy | State Privacy Policy
**CALIFORNIA:** Debt Collection License No. 12242-99

This message was sent to CHRISFLAZZARO@GMAIL.COM from Scott and Associates, PC
We hope you enjoy emails from https://scottandassociates-pc.com. If you wish to unsubscribe, please click here.