Gmail

**Chris Lazzaro <chrisflazzaro@gmail.com>**

## Your account requires attention, Christopher
1 message

**Scott and Associates, PC** <myaccount@email.scottandassociates-pc.com>                Tue, Aug 26, 2025 at 8:18 AM
Reply-To: "Scott and Associates, PC" <info@scott-pc.com>
To: Christopher Lazzaro <chrisflazzaro@gmail.com>

 Performance Without Compromise

Hi Christopher,

We're reaching out to remind you that your balance with Accelerated Inventory Management, LLC is still outstanding. If it remains unresolved, additional steps may be required.

**BALANCE AS OF TODAY:**
$4,610.39

[ **View & Pay My Balance** ]

We understand that managing your account with Accelerated Inventory Management, LLC may not be easy, but it's important to resolve the outstanding balance. There are various options available.

File Number: 2560124
Current Creditor: Accelerated Inventory Management, LLC
Original Creditor: Lendingclub Bank
Last 4 of Acct: XXXXX8611

This communication is with a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,
Collections Department

P.O. Box 113297
Carrollton, TX 75011
866-298-3155

Contact Us | Privacy Policy | State Privacy Policy
**CALIFORNIA:** Debt Collection License No. 12242-99

This message was sent to CHRISFLAZZARO@GMAIL.COM from Scott and Associates, PC
We hope you enjoy emails from https://scottandassociates-pc.com. If you wish to unsubscribe, please click here.