## <u>CERTIFICATE OF SERVICE</u>

I, Christopher Lazzaro, declare that:

1.      I am resident of the County of Sonoma, California. My address is 1302 Vallejo Street, Santa Rosa, CA 95404.

2.      I am over the age of eighteen years and am a party to this action.

3.      On March 26, 2026, I served the following document(s): **SECOND AMENDED COMPLAINT** to Defendants Accelerated Inventory Management, LLC, Scott & Associates, P.C., and Robert Kayvon II via the Court's E-Filing system.

4.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States of America that the foregoing is true and correct.

Executed On: March 26, 2026
By:___/s/ Christopher Lazzaro_____
CHRISTOPHER LAZZARO
1302 Vallejo Street
Santa Rosa, CA 95404
Telephone: (831) 241-2738
Email: chrisflazzaro@gmail.com
Plaintiff, Pro Se