**CHRISTOPHER LAZZARO**
1302 Vallejo Street
Santa Rosa, CA 95404
Telephone: (831) 241-2738
Email: chrisflazzaro@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER LAZZARO,<br>Plaintiff,<br>vs.<br>ACCELERATED INVENTORY MANAGEMENT, LLC,<br>SCOTT & ASSOCIATES, P.C., and<br>ROBERT KAYVON II<br>Defendants | CASE NO.: 3:25-CV-03566-CRB<br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br>ORDER<br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br>Courtroom: 6, 17th Floor<br>Judge: Honorable Charles R. Breyer |

Plaintiff Christopher Lazzaro, proceeding pro se, and Defendants Accelerated Inventory Management, LLC, Scott & Associates, P.C., and Robert Kayvon, II, by and through their undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1. Subject to entry of the Court's proposed order below, this entire action, including all claims and causes of action asserted by Plaintiff against Defendants, shall be **DISMISSED WITH PREJUDICE**.
2. Each party shall bear its own attorneys' fees and costs incurred in connection with this action.
3. The parties respectfully request that the Court retain jurisdiction to enforce the terms of the confidential Settlement Agreement entered into by the parties on or around May 14 2026.

**IT IS SO STIPULATED**.

Dated: July 21, 2026

**CHRISTOPHER LAZZARO**
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
Executed On: July 21, 2026
By: /s/ Christopher Lazzaro
CHRISTOPHER LAZZARO
1302 Vallejo Street
Santa Rosa, CA 95404
Telephone: (831) 241-2738
Email: chrisflazzaro@gmail.com
Plaintiff, Pro Se

////

Dated: July 23, 2026

**BARKES LAW APC**

By: [signature]
R. PAUL BARKES
Attorneys for Defendant Accelerated Inventory Management, LLC

Dated: July 23, 2026

**BARRON & NEWBURGER, P.C.**

By: [signature]
REGINA M. SLOWEY
Attorneys for Defendants
Scott & Associates, PC
And Robert Kayvon II

**CHRISTOPHER LAZZARO**
1302 Vallejo Street
Santa Rosa, CA 95404
Telephone: (831) 241-2738
Email: chrisflazzaro@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER LAZZARO,<br><br>Plaintiff,<br><br>vs.<br><br>ACCELERATED INVENTORY MANAGEMENT, LLC,<br>SCOTT & ASSOCIATES, P.C., and<br>ROBERT KAYVON II<br><br>Defendants | CASE NO.: 3:25-CV-03566-CRB<br><br>**~~[PROPOSED]~~ ORDER DISMISSING ACTION WITH PREJUDICE** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

that:

1. This action is **DISMISSED WITH PREJUDICE**.
2. Each party shall bear its own attorneys' fees and costs incurred in connection with this action.

3. The Court retains jurisdiction to enforce the terms of the parties' confidential Settlement Agreement dated on or about May 14, 2026.

4. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: July 24, 2026

HONORABLE CHARLES R. BREYER
United States District Judge